```
Type of Work:        Music

Registration Number / Date:
                     RE0000734375 / 1996-01-11
                     Renewal registration for: EP0000246262 / 1968-03-29

Title:               Hold on (I'm comin')

Notes:               Words & music.

Copyright Claimant:
                     Isaac Hayes & David Porter (A)

Copyright Note:      C.O. correspondence.

Names:               Hayes, Isaac
                     Porter, David

================================================================================
```

# EXHIBIT "A"