# Scandinavia

 # Japan

EXHIBIT C

## Sweden

Lee Hazlewood in town for TV show and for the occasion publisher Stig Anderson gave a press party at Sweden Music's office. Swedish TV presented their show with Aretha Franklin Dec. 13th, a show recorded while the Atlantic songstress appeared at a Stockholm nightclub, Metronome Records followed up with a special campaign for her records.

Releases from Scan-Disc includes a new single with Bertil Englund, who has done "You May Not Remember" in Swedish b.w. at local tune. Anne-Christine Ek and Jeja Sundström also have new singles.

Norwegian group Gluntan has done "Little Green Apples" and "I'm A Lonesome Fugitive" for the EMI label Columbia. The group has done very well recently in their native Norway.

Actual releases from Karusell Grammofon AB includes another Polydor lowprice LP with Bee Gees. At MGM, an LP album from "Hair," at the moment one of the most discussed stage performances in Stockholm.

Paul Butterfield Blues Band to Sweden in January, contracted for appearances in Stockholm, Gothenburg and Lund. Swedish group Los Comancheros back in Sweden after a tour in Germany and Holland. Swedish group Ola & Jangles now on tour in Norway. Hoods, also a local group, started their third Danish tour just before Christmas. British group Gilded Cage to Stockholm, contracted to Jesse Jönsson, one of Stockholm's many teenage spots. Slam Creepers, a Swedish group, now on tour in England.

Releases from Sonet Grammofon AB includes "Tom—Nature Boy," an LP album with Tommy Körberg who is one half of the popular Tom & Mick. Gunnar Bergström produced. He produced the LP album "Happy Days" with the Stockholm group New Generation, just released at Sonet.

Jimi Hendrix Experience to Stockholm where they appear Jan. 9. British group Spooky Tooth here last week as first group at just-opened teenage spot Jesse Jönsson, an old dance hall in Stockholm modernized to meet the requests from the younger generation now being the main audience.

AB Philpis-Sonora introduced record debutants, Kare Sundelin. He started his career by making a single in Germany where he is known as Karl Kristian.

### Denmark's Best Sellers

| This Week | Last Week | Weeks On Chart | |
|---|---|---|---|
| 1 | 1 | 6 | De voi'er du plukker (Lemon Tree) (Johnny Reimar/Philips) Musikförlaget Essex AB, Sweden |
| 2 | 2 | 6 | Vi danser (Azzurro) (Gitte Haenning/HMV) Imudico A/S, Denmark |
| 3 | 3 | 4 | Vi får vel sol igen engang (The Garden Of My Home) (Two Danes/CBS) Dacapo Musikforlag, Denmark |
| 4 | 5 | 3 | Listen To Me (Hollies/Parlophone) Dacapo Musikforlag, Denmark |
| 5 | — | 1 | With A Little Help From My Friends (Joe Cocker/Polydor) Dacapo Musikforlag, Denmark |
| 6 | 7 | 3 | Lille Amor (Little Arrows) Bjørn Tidmand/Odeon) Sweden Music AB, Sweden |
| 7 | 4 | 10 | Little Arrows (Leapy Lee/Stateside) Sweden Music AB, Sweden |
| 8 | 6 | 10 | Those Were The Days (Mary Hopkin/Apple) Musikförlaget Essex AB, Sweden |
| 9 | — | 1 | Only One Woman (Marbles/Polydor) Dacapo Musikforlag, Denmark |
| 10 | 8 | 7 | My Little Lady (Tremeloes/CBS) Sweden Music AB, Sweden |

### Norway's Best Sellers

| This Week | Last Week | Weeks On Chart | |
|---|---|---|---|
| 1 | 1 | 4 | Fru Johnsen (Harper Valley P.T.A.) (Inger Lise Andersen/RCA Victor) Sweden Music AB, Sweden |
| 2 | 2 | 17 | Romeo og Julie (Romeo und Julia) (Inger Lise Andersen/RCA Victor) Sweden Music AB, Sweden |
| 3 | 6 | 2 | Rain And Tears (Aphrodite's Child/Mercury) Sonora Musikkforlag A/S, Norway |
| 4 | 3 | 15 | Hey Jude (Beatles/Parlophone) Sonora Musikkforlag A/S, Norway |
| 5 | 5 | 11 | Those Were The Days (Mary Hopkin/Apple) Musikförlaget Essex AB, Sweden |
| 6 | — | 1 | Eloise (Barry Ryan/MGM) (Belinda (Scandinavia) AB, Sweden |
| 7 | 4 | 7 | Langs hver en vei (The Fugitive) (Gluntan/Odeon) Palace Music (Sweden) AB, Sweden |
| 8 | — | 1 | Only One Woman (Marbles/Polydor) Sonora Musikkforlag A/S, Norway |
| 9 | 10 | 4 | My Little Lady (Non illuderti mai) (Tremeloes/CBS) Sweden Music AB, Sweden |
| 10 | 11 | 4 | With A Little Help From My Friends (Joe Cocker/Polydor) Sonora Musikkforlag A/S, Norway |

### Sweden's Best Sellers

| | | | |
|---|---|---|---|
| 1 | 5 | 2 | Arrivederci Frans (Arrivederci Hans) (Ann-Louise Hansson/Philips) Sweden Music AB, Sweden |
| 2 | 1 | 5 | Let's Dance (Ola & Janglers/Gazell) E. H. Morris Nordiska AB, Sweden |
| 3 | 4 | 5 | Little Arrows (Leapy Lee/Stateside) Sweden Music AB, Sweden |
| 4 | 2 | 6 | Romeo och Julia (Romeo und Julia) (Inger Lise Andersen/RCA Victor) Sweden Music AB, Sweden |
| 5 | 8 | 2 | Aiajaiajaj (Luglio) (Osten Warnerbring/Karusell) Sonora Musikförlag AB, Sweden |
| 6 | 3 | 11 | Those Were The Days (Mary Hopkin/Apple) Musikförlaget Essex AB, Sweden |
| 7 | 6 | 3 | With A Little Help From My Friends (Joe Cocker/Polydor) Sonora Musikkforlag AB, Sweden |
| 8 | — | 1 | The Beatles (Beatles/Apple, 2 LP) |
| 9 | 7 | 3 | Fröken Fredriksson (Harper Valley P.T.A.) (Björn Ulvaeus/Polar) Sweden Music AB, Sweden |
| 10 | 9 | 6 | Natten har tusen ögon (Cuando sali de Cuba) (Jan Oilers/Anette) Sonora Musikförlag AB, Sweden |

Japan Disc Grand Prize 1968 was awarded to Jun Mayuzumi, Toshiba songstress, for her recording of "Tenshi no Yuwaku," written by Rei Nakanishi and composed by Kunihiko Suzuki. According to Toshiba, this record has sold 1,700,000 copies since release in May, '68. This title of the most promising new male vocalist was won by Ken Yabuki (Teichiku), and the most promising new female vocalist was won by Kaori Kumi on Nippon Columbia, while the most promising new group was Pinky & Killers (King). The group was founded modelling on Spanky & Our Gang (U.S. Mercury), and has been keeping a long-run sales with the debut single "Koi no Kisetsu" since the end of summer.

It has been a trend in the local pope scene in '68 that, as a counter-movement against westernized "group-sounds" supported by the enthusiasm of teenagers, soft-beat sentimental songs started to regain the hit charts by appealing to grown-up generations. Several soft vocal groups made their success. Among them were Los Primos (Crown), Tokyo Romantica (Teichiku), who won the prize for the best performance on records, and Colo-Latino (Columbia). These groups have frequently made their way to the central hit charts by being featured on the wire broadcasting in local districts. The wire broadcasting service has recently become a very important part in the local hit scene, and the Wire Broadcasting Prize sponsored by the wire service asssociation was awarded to Sinichi Mori (Victor) as the most programmed singer. At the same time, female solo singers have been very active during the year, especially Yukari Itoh (King) and above-mentioned Jun Mayuzumi.

Trio K.K., a leading audio-products maker, has announced that the company will initiate producing open-reel pre-recorded tapes and releasing records. Trio has been an import distributor of Charlin Records of France for the past four years, and now they intend to launch more positively into the music business. To start with, the company has made an exclusive contract with German label Wergo Records which is exclusively devoted to contemporary classical music. The initial release of the Wergo catalog include two albums, "Sonatas of C. Debussy" and "Works of G. Ligeti." They are priced at Y2,600 ($7.22), 30% higher than the noral prices of LP records. The release of the 4-track open-reel pre-recorded tapes has just initiated with the recording of Concertgebouw Chamber Orchestra which were taken during their Japanese tour last September, and a Charlin recording of Japanese traditional music. Trio's record sales route has at present about 300 dealers and they intend to obtain 400 dealers more in the first half of this year.

The total output of prerecorded tapes during six months between April and September, '68, has been annnounced by the Japan Music Tape Association as follows: cartridge tapes, 2,900,673 pieces; musicassettes; 375,295 pieces; open-reel tapes, 76,997 reels. Comparing these figures to those of the previous period (October, '67-March, '68), cartridge tapes have increased by 84%, and the output of musicassettes shows a most remarkable increase, 600% over the previous six months. But the output of open-reel tapes has decreased by 8%. Recent development of musicassette market can be attributed to the initiation of release of EP cassettes by record makers in the latter half of 1968, and the market still promises a great expansion in the new year.

Nippon Grammophon has announced that during the three months between October and December, '68, "The Dock Of The Bay" by Otis Redding has sold approximately 400,000 copies; ==Hold On by Sam & Dave, 250,000 copies;== "Purple Haze" by Jimi Hendrix, 100,000 copies; and other successful items have been "Amen" by Otis Redding and "People Got To Be Free" by the Rascals.

English group Dave Dee, Dozy, Beaky, Mick & Tich was signed for a three-week tour in Japan in February by Kyoko Kikaku Agency.

### Japan's Best Sellers

**ALBUM**

| This Week | Last Week | |
|---|---|---|
| 1 | — | Human Renaissance—The Tigers (Polydor) |
| 2 | 1 | Otaru-No Hitoyo—Same Taylor (Teichiku) |
| 3 | 4 | Haru-No Umi—M. Inoue & Sharp Five (Columbia) |
| 4 | 2 | Folk Crusaders in Concert—The Folk Crusaders (Capitol) |
| 5 | 3 | Sound Of Silence—Simon & Garfunkle (CBS Sony) |

**LOCAL**

| This Week | Last Week | |
|---|---|---|
| 1 | 2 | Ima-Wa Shiawase-Kai—Nitsuo Sagawa (Columbia) |
| 2 | 1 | Koi-No Kisetsu—Pinky & Killers (King) |
| 3 | 5 | Nagasaki Blues—Mina Aoe (Victor) |
| 4 | 3 | Shirisugita-None—Los Indios (Polydor) |
| 5 | 4 | Asa-No Kuchizuke—Yukari Itoh (King) |
| 6 | 6 | Toshiue-No Hito—Shinichi Mori (Victor) |
| 7 | 7 | Hitori Sakaba-De—Shinichi Mori (Victor) |
| 8 | 10 | Aisurutte Kowai—Jun & Nene (King) |
| 9 | 8 | Kiri-Ni Musebu Yoru—Ken Kuroki (Toshiba) |
| 10 | — | Washi-Tte Damena Omna-Ne—H. Wada & Mahina Stars & K. Ogata (Toshiba) |

**INTERNATIONAL**

| This Week | Last Week | |
|---|---|---|
| 1 | 1 | Sayonara-No Atode—The Blue Comets (Columbia) Publisher/Watanabe |
| 2 | 2 | Yuuzuki—Jun Mayuzumi (Capitol) Publisher/Ishihara |
| 3 | 15 | Aoi Tori—The Tigers (Polydor) Publisher/Watanabe |
| 4 | 6 | 13 Jours En France—Francislai (London) Sub-Publisher/Pacific Music |
| 5 | 3 | Sound of Silence—Simon & Garfunkle (CBS) Sub-Publisher/Shinko |
| 6 | 4 | Hey Jude—The Beatles (Odeon) Sub-Publisher/Toshiba |
| 7 | 7 | Okaasan—The Tempters (Philips) Publisher/Tanabe |
| 8 | — | Those Were the Days—Mary Hopkin (Apple) Sub-Publisher/Shinko |
| 9 | 5 | Haikyo-No Hato—The Tigers (Polydor) Publisher/Watanabe |
| 10 | 10 | Chiisana Nikki—The Four Saints (Express) Publisher/Pacific Music |
| 11 | — | Imujin Gawa—The Fourshureek (Young Pops) Sub-Publisher/Osaka Roon |
| 12 | 9 | Be My Baby—The Ronetts (London) Sub-Publisher/Shinko |
| 13 | 11 | Simon Says—1910 Fruitgum Co. (Columbia Sub-Publisher/Aberbach Tokyo |
| 14 | 8 | Twenty Ten—The Fairly Dust (king) Sub-Publisher/April Music |
| 15 | — | Goodnight Baby—The King Tones (Polydor) Publisher/J&K |