

### Sam & Dave
*Hold On Im Comin*

Snapper Music

CERTIFIED DATE: 19.02.21
RELEASE DATE: 08.04.05

SILVER

**Award Tracker**



MULTI PLATINUM
PLATINUM
GOLD
SILVER

RELEASE DATE
**08.04.05**

CERTIFICATION DATE
**19.02.21**

CURRENT DATE
**16.08.24**