EXHIBIT F (Non- Exhaustive List of Unlawful Public Performances)

1. August 6, 2022 - CPAC Texas Speech

2. March 4, 2023 - Keynote Speech to CPAC DC 20236

3. February 24, 2024: Speech at CPAC in National Harbor, Maryland

4. March 2, 2024: Rally in Greensboro, North Carolina

5. March 2, 2024: Rally in Richmond, Virginia

6. March 9, 2024: Rally in Rome, Georgia4

7. March 16, 2024: Speech at Buckeye Values PAC Rally in Dayton, Ohio5

8. April 2, 2024: Speech in Grand Rapids, Michigan6

9. April 2, 2024: Rally in Green Bay, Wisconsin

10. April 13, 2024: Rally in Schnecksville, Pennsylvania7

11. May 1, 2024: Rally in Waukesha, Wisconsin

12. May 1, 2024: Rally in Freeland, Michigan9

13. May 11, 2024: Rally in Wildwood, New Jersey10

14. May 17, 2024: Speech at Minnesota GOP Lincoln-Reagan Dinner in Saint Paul, Minnesota

15. May 18, 2024: Speech at 153rd Annual NRA Convention in Dallas, Texas

16. May 23, 2024: Rally in Bronx, New York

17. May 25, 2024: Speech at Libertarian Party Convention in Washington,

18. June 6, 2024: Town Hall in Phoenix, Arizona

19. June 9, 2024: Rally in Las Vegas, Nevada

20. June 14, 2024: Speech at Club 47 Birthday Celebration in West Palm Beach, Florida

21. June 15, 2024: Speech at The People's Convention in Detroit, Michigan

22. June 18, 2024: Rally in Racine, Wisconsin

23. June 22, 2024: Speech at Faith and Freedom Coalition in Washington,

24. June 22, 2024: Rally in Philadelphia, Pennsylvania

25. June 28, 2024: Rally in Chesapeake, Virginia

26. July 9, 2024: Rally in Miami, Florida

27. July 13, 2024: Rally in Butler, Pennsylvania

28. July 18, 2024: Speech at RNC in Milwaukee, Wisconsin

29. July 20, 2024: Rally in Grand Rapids, Michigan

30. July 24, 2024: Rally in Charlotte, North Carolina

31. July 26, 2024: Speech at TPUSA Faith Believers' Summit in West Palm Beach, Florida

32. July 27, 2024: Speech at Bitcoin 2024 Conference in Nashville, Tennessee

33. July 27, 2024: Rally in St. Cloud, Minnesota8

34. July 31, 2024: Speech at Nat. Assoc. of Black Journalists Convention in Chicago, Illinois

35. July 31, 2024: Rally in Harrisburg, Pennsylvania

36. August 3, 2024: Rally in Atlanta, Georgia

37. August 9, 2024: Rally in Bozeman, Montana