AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court of the Northern District of Georgia on the following

☐ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:24-cv-03639-TWT | DATE FILED<br>8/16/2024 | U.S. DISTRICT COURT<br>of the Northern District of Georgia |
|---|---|---|
| PLAINTIFF<br>ISAAC HAYES ENTERPRISES, LLC, a Georgia Domestic Limited Liability Company, and THE ESTATE OF ISAAC HAYES | | DEFENDANT<br>DONALD J TRUMP, individually, DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., AMERICAN CONSERVATIVE UNION, INC., and BTC, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5535985 | 8/16/2024 | Plaintiff ISAAC HAYES ENTERPRISES, LLC |
| 2 | 5795161 | 8/16/2024 | Plaintiff ISAAC HAYES ENTERPRISES, LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Kevin P. Weimer | (BY) DEPUTY CLERK<br>s/Britney Rodgers | DATE<br>8/19/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**