UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **THE ESTATE OF ISAAC HAYES**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD J TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT, INC.**, **REPUBLICAN NATIONAL COMMITTEE**, **TURNING POINT USA, INC.**, **NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.**, **AMERICAN CONSERVATIVE UNION,** INC. and **BTC, INC.**,<br><br>**Defendants.** | **JURY TRIAL DEMANDED**<br><br>**CASE NO: 1:24-cv-03639-TWT** |

## NOTICE OF FILING

**COME NOW,** Plaintiffs the Estate of Isaac Hayes, and Isaac Hayes Enterprises, LLC, through their attorney, James L. Walker, Jr. of Walker & Associates, and Gerald A. Griggs of Gerald A. Griggs, LLC, do hereby give notice of the filing of the following documents: the Civil Cover Sheet, the supporting attachment, and Exhibit E "Non- Exhaustive List of Unlawful Public Performances".

1

Respectfully submitted this 19 day of August 2024.

*/s/James L. Walker, Jr.*
James L. Walker Jr., Lead Counsel
**J. Walker & Associates, LLC**
Georgia Bar No. 260643
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com
*Attorney for Plaintiffs*

*/s/Gerald A Griggs*
Gerald A. Griggs, Co-Counsel
**Gerald A. Griggs LLC**
Georgia Bar No. 141643
1479 Brockett Rd Ste 301
Tucker, GA 30084
*Attorney for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 19 day of August, 2024.

*/s/James L. Walker, Jr.*
James Walker Jr.
**J. Walker & Associates, LLC**
Georgia Bar No. 260643
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com
*Attorney for Plaintiffs*


*/s/Gerald A Griggs*
Gerald A. Griggs
**Gerald A. Griggs LLC**
Georgia Bar No. 141643
1479 Brockett Rd Ste 301
Tucker, GA 30084
*Attorney for Plaintiffs*
