IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, THE ESTATE OF ISAAC HAYES JR. <br><br> **Plaintiffs,** <br><br> v. <br><br> DONALD JOHN TRUMP individually, DONALD J. TRUMP FOR PRESIDENT, 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION, BTC, INC., <br><br> **Defendants.** | **JURY TRIAL DEMANDED** <br><br> CASE NO: 1:24-cv-03639-TWT |

## MOTION FOR EMERGENCY PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs, the Estate of Isaac Hayes Jr. and Isaac Hayes Enterprises, LLC, respectfully move the Court for an Order enjoining Defendants from violating the Plaintiffs' right of publicity and exclusive rights under Title 17 U.S.C. § 101 et. seq., including but not limited to, violating Plaintiffs' rights under §106 to copy, distribute, publicly perform, or otherwise exploit the song "***Hold On, I'm Coming***" (hereinafter "Copyrighted Work") until final disposition of this action or until further order of the Court as more fully set forth below in this motion and the accompanying memorandum of law in support.

ORAL ARGUMENTS REQUESTED

1

For the reasons set forth in detail in Plaintiffs' accompanying Brief in Support of Plaintiffs' Motion for Preliminary Injunction, Plaintiffs has established that they are: (1) likely to succeed on the merits of their claim that the Defendant has publicly performed the Copyrighted Work owned by Plaintiffs over one hundred and thirty times without a license; (2) that Plaintiffs will suffer irreparable harm by the Defendant's continued illegal use of the Copyrighted Work, (3) this harm outweighs any harm Defendants would suffer were the Court to order the relief sought by Plaintiffs; the balance of hardships weighs in Plaintiffs' favor; (4) and protecting the Plaintiffs' famous and valuable Copyrighted Work is in the public interest.

Respectfully submitted this 21 day of August 2024.

*/s/James L. Walker, Jr.*
James Walker Jr.
**J. Walker & Associates, LLC**
Georgia Bar No. 260643
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com
*Attorney for Plaintiffs*

*/s/Gerald A Griggs*
Gerald A. Griggs
Georgia Bar No. 141643
1479 Brockett Rd Ste 301
Tucker, GA 30084
*Attorney for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 21 day of August, 2024.

>*/s/James L. Walker, Jr.*
>James Walker Jr.
>**J. Walker & Associates, LLC**
>Georgia Bar No. 260643
>The Walker Building
>3421 Main Street Suite A
>Atlanta, GA 30337
>Telephone: (770) 847-7363
>jjwalker@walkerandassoc.com
>*Attorney for Plaintiffs*


>*/s/Gerald A Griggs*
>Gerald A. Griggs
>Georgia Bar No. 141643
>1479 Brockett Rd Ste 301
>Tucker, GA 30084
>*Attorney for Plaintiffs*