VERIFICATION

I, ISAAC HAYES, III, declare as follows:

1. I am an heir and the executor of the Estate of Isaac Hayes (the "Estate"), in the present case and a citizen of the United States of America and a resident of the State of Georgia.

2. I manage all of the copyright licensing and music issues related to the Estate.

3. I am also the managing officer of Isaac Hayes Enterprises, LLC, the Plaintiff entity where all of the intellectual property and related licenses are handled daily, among other things.

4. I have personal knowledge of myself, my activities and my intention, including those set out in the foregoing Complaint and Amended Complaint for damages and the Preliminary Injunction and Brief in Support Thereof (collectively "The Documents").

5. I have personal knowledge of the issues and facts raised in The Documents and countless videos to back up our facts and assertions in The Documents.

6. I verify under the penalty of perjury under the laws of the United States of America that the factual statements in The Documents concerning myself, Isaac Hayes Enterprises, LLC and The Estate of Isaac Hayes and any related executives involved herein are true and correct and any supporting documents thereof.

Executed on August 21, 2024.

_Isaac Hayes, III_ (signature)

Isaac Hayes, III