UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GA

| | | |
|---|---|---|
| ISAAC HAYES ENTERPRISES, LLC, a Georgia Limited Liability Corporation and The Estate of Isaac Hayes, | : : : | CIVIL ACTION NO. **1:24-cv-03639-TWT** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Donald John Trump, Donald J. Trump for President 2024, Inc. et. al. | : | |
| | : | |
| Defendants. | : | AUGUST 22, 2024 |

## RE-NOTICE OF TAKING VIDEO DEPOSITION OF PAMELA WILLIAMS

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the attorneys for Isaac Hayes Enterprises, LLC and The Estate of Isaac Hayes. in the above-captioned action will take the videotaped deposition, upon oral examination, of the following:

**NAME:**  Pamela Williams, Vice President & Corporate Secretary

**DATE / TIME:**  Friday, August 29, 2024, commencing at 10:00 a.m.

**LOCATION:**  The deposition will be conducted remotely, using audio-visual conference technology. The Legal Team will be providing an invitation link and instructions to the deposition 24 hours prior to the deposition-scheduled time.

Such deposition will be conducted remotely, and pursuant to the court rules and the Federal Rules. By consenting to remote appearance, all parties thereby waive their rights to attend the deposition in person. The deposition will be taken before a notary public or other officer authorized by law to take depositions in the State of New York.

Moreover, the following specific procedures shall apply to the conduct of the deposition:

1. The court reporter will report the deposition from a location separate from the witness;
2. Counsel for the parties and their clients will be participating from various, separate locations;
3. The court reporter will administer the oath to the witness remotely;

123627947.1

4. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;
5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;
6. All exhibits will be provided simultaneously and electronically to the witness and all participants;
7. The court reporter will record the testimony;
8. The deposition will be recorded electronically; and
9. Counsel for all parties will be required to stipulate on the record:
    a. Their consent to this manner of deposition; and
    b. Their waiver of any objection to this manner of deposition, including an objection to the admissibility at trial of this testimony based on this manner of deposition.

The oral examination may continue from day-to-day until completed. You are invited to attend remotely and cross-examine. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable and governing rules.

**THE WITNESS MUST MAIL THE DOCUMENTS LISTED ON EXHIBIT "A" ATTACHED HERETO 72 HOURS PRIOR TO THE DEPOSITION**

**PLEASE TAKE FURTHER NOTICE** that any exhibits intended for use in the deposition of Pamela Williams should be emailed by the parties (or delivered via other electronic means) to the court reporter at least twenty-four (24) hours prior to commencement of the deposition.

        PLAINTIFFS,
        WALKER & ASSOCIATES

        By: */s/James L. Walker, Jr.*
           James L. Walker, Jr.
           Walker & Associates
           757 Third Avenue, 20th Floor
           New York, NY 10017
           Email: jjwalker@walkerandassoc.com
           Their Attorneys

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on August 29, 2024, a copy of the foregoing **RE-NOTICE OF TAKING VIDEO DEPOSITION OF PAMELA WILLIAMS.** was sent via email to the following counsel of record:

GENERAL COUNSEL
BMI, INC.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0030


Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

The undersigned further certifies that proper service of this Notice and accompanying subpoena pursuant to Fed. R. Civ. P. 45 shall be effected upon the below-named deponent:

| | |
|---|---|
| Pamela Williams, Esq.<br>BMI, Inc.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-0030 | Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

*/s/James L. Walker -260643*
James L. Walker, Jr.

## **SCHEDULE A**

The deponent shall mail to counsel for the Plaintiffs, Walker & Associates the following documents that are in her possession, control or custody either first class mail, email or as agreed upon by the parties:

1. Any document reviewed by the deponent, prior to the commencement of the deposition, to prepare for the deposition and/or to refresh the deponent's recollection regarding the facts of this case.

2. A copy of Pamela Williams most current curriculum vitae.

3. A copy of Pamela Williams and the general counsel and licensing divisions complete original blanket license file(s) regarding Isaac Hayes, The Estate of Isaac Hayes or anything related thereto, including, but not limited to, all licensing records (both physical and electronic), correspondence, e-mail, memoranda and other documents.

4. All materials created by or for, received by, ordered by, or otherwise utilized by BMI, Inc. and any affiliates or subsidiaries in the handling of all files, records, royalty statements, licenses, streaming, digital and related materials connected to or in the handling of the music catalogue of the Estate of Isaac Hayes or its publishing designee and/or any other account associated therewith.

5. All licenses, including but not limited to blanket licenses, signed by any of the Defendants listed above or their representatives and mentioned in this case, including but not limited to Donald J. Trump, Donald J. Trump for President 2024, Inc., or any similar name, The Republican National Committee or any related anything thereof (collectively "Trump Parties") that has used the music of the plaintiffs and copyrights owned by Plaintiffs pursuant to the Copyright Act of 1976, as amended from time to time and licensed said music through BMI or its related entities. Specifically, any blanket license issued to the Trump Parties, please provide copies and the payments connected thereto as made by the Trump Parties.

6. All emails or correspondence, memoranda, documents and other materials either sent by representatives, lawyers (whether in-house or outside counsel), employees or agents of BMI to any of the Defendants listed above and mentioned in this case, including but not limited to Donald J. Trump, Donald J. Trump for Presidential 2024, Inc., or any businesses related to anything thereof for the years 2016-2024.

7. Identification of all documents and other materials BMI's representatives or counsel shared with Donald J. Trump or the Trump Parties (i.e., all of the defendants). as part of any communications with Defendants' counsel or their representatives in which counsel or their representatives in which counsel for the Plaintiffs did not participate.

5