UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC, THE ESTATE OF ISAAC HAYES JR.**<br><br>*Plaintiff*<br><br>v.<br><br>**DONALD JOHN TRUMP individually, et al.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-03639-TWT<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Diamond Ellis, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to COGENCY GLOBAL INC in DC on August 23, 2024 at 10:26 am at 1025 Connecticut Avenue Northwest, Washington, DC 20036 by leaving the following documents with Edgar Lopez who as Legalization Specialist is authorized by appointment or by law to receive service of process for COGENCY GLOBAL INC.

MOTION FOR EMERGENCY PRELIMINARY INJUNCTION
PLAINTIFFS' AMENDED BRIEF IN SUPPORT OF MOTION FOR AN EMERGENCY PRELIMINARY INJUNCTION
PLAINTIFFS' AMENDED BRIEF IN SUPPORT OF MOTION FOR AN EMERGENCY PRELIMINARY INJUNCTION
COMPLAINT (AMENDED)

Hispanic or Latino Male, est. age 45-54, glasses: N, Black hair, 320 lbs to 340 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.9032761454,-77.0396283765
Photograph: See Exhibit 1


Total Cost: $140.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Prince George's County   ,    MD    on   8/23/2024   .

/s/ *Diamond Ellis*

Signature
Diamond Ellis
+1 (240) 936-1121



Reset



