# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ISAAC HAYES ENTERPRISES, LLC; THE ESTATE OF ISAAC HAYES**

*Plaintiff*

v.

**DONALD JOHN TRUMP, DONALD J. TRUMP FOR PRESIDENT 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION, BTC, INC.**

*Defendant*

Civil Action No. 1:24-cv-03639-TWT

## AFFIDAVIT OF SERVICE

I, Kenneth Pucillo, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to TURNING POINT USA in Marion County, IN on August 23, 2024 at 4:17 pm at 135 North Pennsylvania Street, Indianapolis, IN 46204 by leaving the following documents with Cindy Taylor who as Legal Admin at Corporation Service Company is authorized by appointment or by law to receive service of process for TURNING POINT USA.

COMPLAINT (AMENDED)
PLAINTIFFS' AMENDED BRIEF IN SUPPORT OF MOTION FOR AN EMERGENCY PRELIMINARY INJUNCTION
VERIFICATION
MOTION FOR EMERGENCY PRELIMINARY INJUNCTION
NOTICE

White Female, est. age 45-54, glasses: Y, Brown hair, 240 lbs to 260 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.7698114519,-86.155444832

Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Marion County    ,

    IN    on    8/23/2024    .

/s/ *Kenneth Pucillo*

Signature
Kenneth Pucillo
+1 (317) 455-8611



