# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**ISAAC HAYES ENTERPRISES, LLC, a Georgia Domestic Limited Liability Company, and THE ESTATE OF ISAAC HAYES**

*Plaintiff*

v.

**DONALD JOHN TRUMP, individually, et al.**

*Defendant*

)
)
)
)
)  Civil Action No. 1:24-cv-03639-TWT
)
)
)
)

## AFFIDAVIT OF SERVICE

I, Mark Filer, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to BTC c/o CT Corporation System in Knox County, TN on August 23, 2024 at 2:35 pm at 300 Montvue Road, Knoxville, TN 37919 by leaving the following documents with Samantha Sutton who as Registered Agent at CT Corporation System is authorized by appointment or by law to receive service of process for BTC c/o CT Corporation System.

Complaint
Emergency hearing
verification
Brief
NOTICE OF HEARING

Additional Description:
Documents served successfully to Samantha Sutton, administrative assistant for CT Corporation, Registered Agent.

White Female, est. age 25-34, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=35.9216173,-84.0415001
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Knox County    ,

    TN    on    8/23/2024    .

/s/ *Mark Filer*

Signature
Mark Filer
+1 (304) 809-6791

