# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**ISAAC HAYES ENTERPRISES, LLC, a Georgia Domestic Limited Liability Company, and THE ESTATE OF ISAAC HAYES**

| | |
|---|---|
| *Plaintiff* | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:24-cv-03639-TWT |
| **DONALD JOHN TRUMP, DONALD J. TRUMP FOR PRESIDENT 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION, BTC, INC.** | ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to DONALD J. TRUMP FOR PRESIDENT 2024, INC. in New Castle County, DE on August 23, 2024 at 11:01 am at 1209 Orange Street, Wilmington, DE 19801 by leaving the following documents with Chimere Brooks who as Intake specialist at THE CORPORATION TRUST COMPANY is authorized by appointment or by law to receive service of process for DONALD J. TRUMP FOR PRESIDENT 2024, INC..

Complaint
Brief in Support of Prelim Injunction
Emergency Preliminary Injunction
Notice of Hearing

Black or African American Female, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.7482757364,-75.5475568493

Photograph: See Exhibit 1

Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Montgomery County ,

PA      on   8/24/2024 .

/s/ *Kimberly Mcmullin*

Signature
Kimberly Mcmullin
+1 (484) 319-1715

