## UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC, a Georgia Limited Liability Corporation and The Estate of Isaac Hayes,**<br><br>*Plaintiff*<br><br>v.<br><br>**Donald John Trump, Donald J. Trump for President 2024, Inc. et. al.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-03639-TWT<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Regina Bonner, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to CORPORATE SERVICE COMPANY in New Castle County, DE on August 26, 2024 at 4:01 pm at 251 Little Falls Drive, Wilmington, DE 19808 by leaving the following documents with placing in tray Front Desk Clerk/ipad who as N/A at Corporation Service Company is authorized by appointment or by law to receive service of process for CORPORATE SERVICE COMPANY.

AMENDED NOTICE OF DEPOSITION /RE-NOTICE OF TAKING VIDEO DEPOSITION OF PAMELA WILLIAMS
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION -PAMELA WILLIAMS

Unknown Race Unknown, est. age Unknown, glasses: N, Unknown hair, Unknown, Unknown.
Geolocation of Serve: https://google.com/maps?q=40.2373764554,-75.571798523
Photograph: See Exhibit 1


Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __New Castle County__, __DE__ on __8/26/2024__.

*/s/ Regina Bonner*
_____
Signature
Regina Bonner
+1 (215) 980-7916



Exhibit 1a)