# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, THE ESTATE OF ISAAC HAYES JR., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD JOHN TRUMP individually, DONALD J. TRUMP FOR PRESIDENT, 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION, BTC, INC., <br><br> Defendants. | CASE NO: 1:24-cv-03639-TWT <br><br> Honorable Thomas W. Thrash, Jr. |

## NOTICE OF APPEARANCE OF BRIAN C. LEA

PLEASE TAKE NOTICE that Brian C. Lea of the law firm of Jones Day hereby gives notice of appearance in this case on behalf of Defendant Republican National Committee, and requests service of all notices, pleadings, and other papers filed or served in this case as required by the Federal Rules of Civil Procedure or by order of the Court.

- 2 -

Date: August 28, 2024                  Respectfully submitted,

/s/ *Brian C. Lea*
Brian C. Lea, GA 213529
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Phone: (404) 581-8528
Fax: (404) 581-8330
E-mail: blea@jonesday.com

*Counsel for Defendant Republican National Committee*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1(C).

*/s/ Brian C. Lea*
Brian C. Lea

*Attorney for Defendant Republican
National Committee*

## CERTIFICATE OF SERVICE

      I certify that on August 28, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

                                                /s/ *Brian C. Lea*
                                                Brian C. Lea

                                                *Attorney for Defendant Republican National Committee*