# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC ET AL., )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DONALD J. TRUMP, ET AL. )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:24-cv-03639-TWT |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT William Bradley Carver and Baxter D. Drennon of Hall Booth Smith, P.C. gives notice of their appearance in this case on behalf of Donald J. Trump, individually, and Donald J. Trump for President 2024, Inc., and requests service of all notices, pleadings, and other papers filed or served in this case as required by the Federal Rules of Civil Procedure or by order of the Court.

Date: August 30, 2024

Respectfully submitted,

/s/ *William Bradley Carver, Sr.*
William Bradley Carver, Sr.
GA Bar No. 115529
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com

*/s/ Baxter D. Drennon*
Baxter D. Drennon
GA Bar No. 241446
HALL BOOTH SMITH, P.C.
200 River Market Ave., Suite 500
Little Rock, AR 72201
(501) 214-3499
bdrennon@hallboothsmith.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14-point font, as approved by Local Rule 5.1(C).

/s/ *Baxter D. Drennon*
Baxter D. Drennon

*Attorney for Donald J. Trump and*
*Donald J. Trump for President, 2024, Inc*

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF, which shall cause service on all counsel of record.

*/s/ Baxter D. Drennon*
Baxter D. Drennon

*Attorney for Donald J. Trump and*
*Donald J. Trump for President, 2024, Inc.*