# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ISAAC HAYES ENTERPRISES, LLC,
THE ESTATE OF ISAAC HAYES JR.,

        Plaintiffs,

    v.

DONALD JOHN TRUMP individually,
DONALD J. TRUMP FOR
PRESIDENT, 2024, INC.,
REPUBLICAN NATIONAL
COMMITTEE, TURNING POINT
USA, INC., NATIONAL RIFLE
ASSOCIATION OF AMERICA,
AMERICAN CONSERVATIVE
UNION, BTC, INC.,

        Defendants.

CASE NO:  1:24-CV-03639-TWT

Honorable Thomas W. Thrash, Jr.

## DECLARATION OF ELISE DICKENS

I, Elise Dickens, make this declaration pursuant to 28 U.S.C. § 1746 under the penalty of perjury and declare that the following is true and correct:

1.      I am a resident of Wisconsin.  I am over the age of 18, of sound mind, and otherwise competent to sign this declaration, and I have personal knowledge of all facts set forth herein.

2.      I submit this declaration in support of Defendant Republican National Committee's Response in Opposition to Motion for Emergency Preliminary

Injunction. 1.

3.      I am currently employed as the Chief Executive Officer ("CEO") of the 2024 Republican National Convention with the Republican National Committee (the "RNC").  The RNC is a national political party committee registered with the Federal Election Commission and incorporated as a Not-for-Profit Corporation under the laws of the District of Columbia.

4.      I have served as the CEO of the 2024 Republican National Convention since April 2023.  As CEO, I was responsible for securing music licenses for use during the 2024 Republican National Convention, which took place from July 15 through July 18, 2024, in Milwaukee, Wisconsin. I also am familiar with the RNC's practice with respect to making and storing documents relating to the licensing of copyrighted musical works for use in the regular course of its business activity.

5.      The RNC engaged Alongi Media Inc. ("Alongi Media") to, among other things, assist in obtaining licenses for music to be played or performed during the 2024 Republican National Convention.

6.      On January 17, 2024, Alongi Media, acting for the RNC, entered into a Music License for Political Entities or Organizations with Broadcast Music, Inc. ("BMI").  That BMI License granted the RNC "a non-exclusive license to perform, present, or cause the live and/or recorded performance during Events or Functions, or by means of internet or intranet transmissions from LICENSEE's website, of all

musical works of which BMI shall have the right to grant public performance licenses during the Term hereof." A true and correct copy of that agreement is attached hereto as Attachment A.

7.     On August 23, 2024, the RNC came into receipt of a letter sent by BMI to Alongi Media, dated August 14, 2024, purporting to prospectively exclude from the BMI License "all musical compositions written and copyrighted by Isaac Hayes" under Paragraph 2(a) of the BMI License. A true and correct copy of that letter is attached hereto as Attachment B.

8.     The RNC has never otherwise received a cease-and-desist letter concerning music written or copyrighted by Isaac Hayes.

9.     Since receiving the August 14, 2024 letter from BMI, the RNC has not included music written or copyrighted by Isaac Hayes in any political events sponsored by the RNC.

10.     The RNC will not include music written or copyrighted by Isaac Hayes in future political events sponsored by the RNC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of August, 2024

Elise M Dickens