

August 14, 2024

**Via FedEx, E-Mail (allen@likebutterinc.com) and First Class Mail:**
Mr. Allen Newman
Entertainment Producer
Alongi Media, Inc. on behalf of the 2024 Republican National Convention
FiServ Forum 1111 Vel R. Phillips Avenue
Milwaukee, Wisconsin 53203

    Re:    **Broadcast Music, Inc./ Alongi Media, Inc. on behalf of the 2024 Republican National Convention Political Entities License Agreement**

Dear Mr. Newman:

    This letter serves as notice to you pursuant to the BMI Music License for Political Entities or Organizations entered into by Broadcast Music, Inc. ("BMI") and Alongi Media, Inc. on behalf of the 2024 Republican National Convention on January 17, 2024 (the "Agreement") that BMI has received a communication from Universal Music Publishing Group, as publisher of the musical works written and copyrighted by Isaac Hayes, objecting to the use of Mr. Hayes' musical compositions by Alongi Media, Inc. on behalf of the 2024 Republican National Convention and instructing BMI to remove all works written and copyrighted by Isaac Hayes from the Agreement.

    As such, pursuant to Paragraph 2(a) of the Agreement, this letter serves as notice that all musical compositions written and copyrighted by Isaac Hayes are excluded from the Agreement effective immediately. BMI will consider any performance of Isaac Hayes' musical compositions by Alongi Media, Inc. on behalf of the 2024 Republican National Convention from this date forward to be unlicensed and a material breach of the Agreement for which BMI reserves all rights and remedies with respect thereto.

    This letter is sent to you pursuant to the terms of the Agreement and is a confidential communication. Please refrain from copying, distributing, or disseminating the contents of this letter to anyone other than the parties to the Agreement.

 Very truly yours,

*Pamela Williams*
Pamela Williams