IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ISAAC HAYES ENTERPRISES, LLC,
*et al.*,

        *Plaintiffs*,

        *v.*

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Case No. 1:24-cv-03639-TWT

DECLARATION OF SAM MOORE

1.      I am Sam Moore, a citizen of the United States of America living in Coral Gables, Florida.

2.      The plaintiff in this matter has made the biography and legacy of Isaac Hayes the focus point of this litigation, but Isaac's is not the only significant biography and legacy involved in this matter.

3.      I was born October 12, 1935, so I am 88 years of age. I have been an internationally famous singer for approximately 60 years, having achieved renown as the lead tenor voice of the highly successful 1960's soul recording duo "Sam & Dave."

4.      As a 2021 article in the Chicago Tribune put it, "Combining Moore's soaring tenor and Prater's gritty baritone proved unstoppable." Sam & Dave was voted into the Rock & Roll Hall of Fame in 1992.

5.      Songwriters are, by definition, essential to the creation of a song and, of course, initially own the song's copyright. Typically, however, they assign the publishing rights to their

song to a music publisher, which then markets, promotes and places the song with an artist who can enable it to generate revenue.

6.      A song's copyright is invaluable if this process succeeds, but if it does not, it is sadly not worth the paper it was written on.

7.       One of the many songs I recorded with my former partner Dave Prater Jr. at the STAX Records studio in Memphis, Tennessee was "Hold On, I'm Coming," which is the subject matter of this litigation.

8.      Therefore, it is my "soaring tenor" voice in the master recording of "Hold On, I'm Coming" that has been played at numerous Trump rallies from one end of the United States to the other since 2022.

9.      Thus, it is not only my voice, but my name, my identity, and the brand and trademarks associated with them, which are held by a trust controlled by my wife, that the public associates with "Hold On, I'm Coming" – at least as much, if not more, than the name of Isaac Hayes.

10.     This is not merely a sentimental matter. For decades, "Hold On, I'm Coming" has been generated, more than any other, significant revenue for all of us, including the heirs of Isaac Hayes in his capacity as a co-writer with my David Porter.

11.     In fact, the matter of the plaintiffs' rights to the copyrighted work here is not as they would have the Court believe.  The rights to "Hold On, I'm Coming" have been held or purchased by several major catalogs, or music copyright portfolios, over the years, and are presently shared by Universal Music Group Publishing (UMPG), which owns the majority of the rights, and Warner Chappel Music Publishing.

12.     There is no dispute that that song was co-written by Isaac Hayes and his then-partner in writing, David Porter, in late 1965.  They assigned their rights to STAX in 1966. UMPG acquired the rights to all of those STAX copyrights when they purchased a successor in interest, Rondor Music Group, in 2000. UMPG acquired the rights to all of those STAX copyrights when it purchased Rondor Music Group from Herb Alpert and Jerry Moss in 2000.

13.     STAX Records never owned the master recording of any of the songs that Dave and I recorded in Memphis. We were signed to Atlantic Records and "loaned out" by Atlantic to its Memphis-based southern distribution production arm in late 1965.

14.     Isaac Hayes was the arranger and producer of the Sam & Dave recording session of "Hold On, I'm Coming," which became a worldwide hit after it was released on March 14, 1966 on the STAX Record Label. An album also titled "Hold On, I'm Coming" was released in April 1966 and it rose to number one on the Billboard Rhythm and Blues chart.

15.     Dave and I were never signed as recording artists to STAX Records. We were "loaned out "to STAX by Jerry Wexler, the head of Atlantic's A&R department, At the time STAX was Atlantic Records, Southern Production entity.  Atlantic Recording Corporation was the label distributor.

16.     After a dispute between STAX and Atlantic, all the master recordings created during the distribution agreement with Atlantic became the property of Atlantic. Those recordings included those of recording artists such as Rufus Thomas, Karla Thomas, Booker T and the MG's, Otis Redding, and others.

17.     For this reason, all licensing in commerce to this day, anywhere in the world, for the use of the composition – words and music – of "Hold On, I'm Coming," including for

commercials, movies, or television as a work protected by copyright, is controlled exclusively on

behalf of UMPG and Warner Chappel by UMPG as the majority holder of the copyright interest

18.     Returning to the issue of the image or reputation of Isaac Hayes raised by the

plaintiffs, the voice of Isaac Hayes has never been included in any recording with Dave and

myself of "Hold On, I'm Coming."

19.     I intend no disrespect to Isaac's memory in saying this, but based on my

experience in the music industry and my personal involvement and association with "Hold On,

I'm Coming," it is my observation that other than popular music historians and Isaac Hayes fans,

the public is not aware of Isaac's role in as a co-writer of "Hold On, I'm Coming" – or, for that

matter, any song. Popular music fans do not care about authorship; rather, they listen to and are

moved by the music and associate it with the artist or artists perform the work.

20.     The best example of this is probably "My Way," a song universally associated

with Frank Sinatra. Very few music fans realize that that Paul Anka wrote the song and based it

on a melody from a French song in the public domain; indeed, in 2024 very few music fans even

know Paul Anka's name, although he wrote some of the most successful popular musical

compositions of the 20th century. Similarly, few people realize that Barbra Streisand and Elvis

Presley never wrote any of their songs.

21.     Because of this dynamic, and of course because of the law of copyright, it is

understood that a songwriter – and especially one who does not own a song's copyright – has no

power over who performs that song and where it may be performed.  This is certainly all the

more true with respect to the artist who recorded a song that has earned Gold and Platinum

Records and provided a substantial source of income for its writers and their heirs.

22.     That in essence is what is happening to me as a result of this action by the son of my deceased, dear friend Isaac Hayes.

23.     I must point out to this Court that at the Democratic National Convention broadcast, when Congressman Jamie Raskin of California was introduced to the audience at United Center in Chicago, the recording of "Hold On, I'm Coming" embodying my performance with Dave was played to play him onto the stage.

24.     Finally, I wish to bring to the Court's attention that there is good reason for it to reject the presumptions suggested by the plaintiffs concerning the political views of Isaac Hayes.

25.     In fact, during his life Isaac Hayes, my wife Joyce and I traveled to Columbia, South Carolina to perform at the 20th High School Reunion of Lee Atwater when he was Chairman of the Republican National Committee. Isaac also participated in an album project for Lee Atwater with Billy Preston, Chuck Jackson, Carla Thomas and myself. Isaac did not view Republicans or the Republican Party negatively while he was alive.

26.     If this Court were to impose the injunction sought by plaintiffs here, I might be prohibited and possibly forever foreclosed from appearing personally and performing "Hold On, I'm Coming" live at a Trump event, during or after the election.


Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Executed on August 30, 2024

Sam Moore

SAM MOORE