

June 5, 2024

**Via FedEx, First Class Mail, and EMail**
Mr. Scott Gast
Donald J. Trump for President 2024
P.O. Box 13570
Arlington, VA  22219

Re: **Broadcast Music, Inc./Donald J. Trump for President 2024 Political Entities License Agreement**

Dear Mr. Gast:

    This letter serves as notice to you, pursuant to the BMI Music License for Political Entities or Organizations between Broadcast Music, Inc. ("BMI") and Donald J. Trump for President 2024, Inc., dated November 30, 2022 (the "Agreement"), that BMI has received a communication from David Porter's publisher, Universal Music Publishing Group, on behalf of Mr. Porter, objecting to the use of Mr. Porter's musical composition "Hold On I'm Coming" (the "Work") by the Donald J. Trump for President 2024 campaign and instructing BMI to remove the Work from the Agreement.
.
    As such, pursuant to Paragraph 2(a) of the Agreement, this letter serves as notice that Mr. Porter's Work entitled "Hold On I'm Coming" is excluded from the Agreement effective immediately. BMI will consider any performance of the Work by the Donald J. Trump for President 2024 campaign from this date forward to be unlicensed and a material breach of the Agreement for which BMI reserves all rights and remedies with respect thereto.

    This letter is sent to you pursuant to the terms of the Agreement and is a confidential communication.  Please refrain from copying, distributing, or disseminating the contents of this letter to anyone other than the parties to the Agreement.

Very truly yours,

*Pamela Williams*
Pamela Williams

cc:  Justin Caporale (via email only: justin.caporale@djtfp24.com)