**From:** Justin Caporale
**To:** Williams, Pamela; Gary Lawkowski (Dhillon Law)
**Subject:** Re: Notice Re. BMI/ Donald J. Trump for President 2024 Political Entities License
**Date:** Thursday, June 6, 2024 2:19:56 PM
**Attachments:** image001.png
image008.png
image009.png
image010.png
image011.png
Letter to Donald J. Trump for President 2024 Campaign re Political Entities License Agreement - David Porter (Hold On I"m Coming) Withdrawal 06.24. FINAL.pdf

**CAUTION: EXTERNAL EMAIL**
This email originated outside of the BMI email system. Do NOT click links or open attachments unless you recognize the sender and know the content is safe. Please forward this email to the Service Desk if you are unsure.

Thank you, Pam.

Adding in @Dave Warrington and @Gary Lawkowski (Dhillon Law) can you please include them on all future letters as well?

We will circle back up on this one.

Appreciate your time.

Talk soon,

Justin

---

**From:** Williams, Pamela <pwilliams@bmi.com>
**Sent:** Thursday, June 6, 2024 1:26 PM
**To:** sgast@compasslegal.org <sgast@compasslegal.org>
**Cc:** Justin Caporale <justin.caporale@djtfp24.com>; Williams, Pamela <pwilliams@bmi.com>
**Subject:** Notice Re. BMI/ Donald J. Trump for President 2024 Political Entities License

Mr. Gast:

Attached please find a letter providing notice pursuant to the Donald J. Trump for President 2024 Political Entities License.

Best regards,
Pamela



**Pamela Williams** | Vice President & Corporate Secretary
Legal & Business Affairs
New York, New York | 212.220.3032 | pwilliams@bmi.com

** BMI DISCLAIMER ** This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.