```
Type of Work:        Recorded Document

Document Number:     V15024D259

Date of Recordation:
                     2024-04-19

Entire Copyright Document:
                     V15024 D259 P1-4

Date of Execution: 30Mar24

Registration Number Not Verified:
                     EU0000040592
                     RE0000729612

Title:               Can't Trust Your Neighbor With Your Baby & 4 other titles;
                        Musical work.

Notes:               Copyright Assignment.

Party 1:             Isaac Hayes Enterprises, LLC d.b.a. Bubba Lee Music, Inc.
                        (BMI), d.b.a. Lili Ann Music (BMI), d.b.a. Afro Music,
                        Inc. (BMI), d.b.a. Super Blue Music (BMI), d.b.a. East
                        Indies Music (BMI), d.b.a. Incense Productions, Inc.
                        (BMI); Cotton Picking Soul Music, LLC d.b.a. Bubba Lee
                        Music, Inc. (BMI), d.b.a. Lili Ann Music (BMI), d.b.a.
                        Afro Music, Inc. (BMI), d.b.a. Super Blue Music (BMI),
                        d.b.a. East Indies Music (BMI), d.b.a. Incense
                        Productions, Inc. (BMI); Jacqueline Fields; Melanie M.
                        Hayes; Vincent Hayes; Darius Caston; Isaac Hayes III;
                        Lili White a.k.a. Lili Ann Marie Bryant; Veronica
                        Patterson a.k.a. Veronica Hayes; Naa Adjowa Hayes a.k.a.
                        Margaret Hayes, a.k.a. Margaret McCord; Nana Kwadjo
                        Hayes a.k.a. Kojo Hayes; Heather Harley; Felecia Hayes
                        a.k.a. Felecia Fisher; Nikki Hayes a.k.a. Antishun
                        Nicole McGee, a.k.a. Nicole Hayes, a.k.a. Nicole McGee,
                        a.k.a. Nikki McGhee

Party 2:             Primary Wave Music IP Fund 3, LP

Names:               Fields, Jacqueline
                     Hayes, Melanie M.
                     Hayes, Vincent
                     Caston, Darius
                     Hayes III, Isaac
                     White, Lili
                     Patterson, Veronica
                     Hayes, Naa Adjowa
                     Hayes, Nana Kwadjo
                     Harley, Heather
                     Hayes, Felecia
                     Hayes, Nikki
                     Isaac Hayes Enterprises, LLC
                     Cotton Picking Soul Music, LLC
                     Primary Wave Music IP Fund 3, LP

================================================================================
```

# EXHIBIT "B"