# EXHIBIT "D"
# LIST OF INFRINGEMENTS OF MR. TRUMP AND TRUMP CAMPAIGN

1. **Thursday, June 6, 2024**

   **[TOWN HALL] Chase the Vote – A Town Hall w/ President Trump**
   **Sponsor:** Turning Point PAC & Turning Point Action
   **When:** Thursday, June 6, 2024
   **Where:** Dream City Church in Phoenix, AZ (INDOOR)

2. **Sunday, June 9, 2024**

   **[RALLY] Trump Rally in Las Vegas, Nevada**
   **When:** Sunday, June 9, 2024
   **Where:** Sunset Park in Las Vegas, NV (OUTDOOR)

3. **Friday, June 14, 2024**

   **[SPEECH] Trump Speaks at Club 47 Birthday Celebration in West Palm Beach, Florida**
   **When:** Friday, June 14, 2024
   **Where:** Palm Beach County Convention Center in West Palm Beach, FL (INDOOR)

4. **Saturday, June 15, 2024**

   **[SPEECH] Trump Speaks at The People's Convention in Detroit, Michigan**
   **Sponsor:** Turning Point Action
   **When:** Saturday, June 15, 2024
   **Where:** Huntington Place Convention Center in Detroit, MI (INDOOR)

5. **Tuesday, June 18, 2024**

   **[RALLY] Trump Rally in Racine, Wisconsin**
   **When:** Tuesday, June 18, 2024
   **Where:** Racine Festival Park in Racine, WI (OUTDOOR)

6. **Saturday, June 22, 2024**

**[SPEECH] Trump Speaks at Faith and Freedom Coalition in Washington, DC**
**When:** Saturday, June 22, 2024
**Where:** The Washington Hilton in Washington, DC (INDOOR)

7. **Saturday, June 22, 2024**

**[RALLY] Trump Rally in Philadelphia, Pennsylvania**
**When:** Saturday, June 22, 2024
**Where:** The Liacouras Center in Philadelphia, PA (INDOOR)

8. **Friday, June 28, 2024**

**[RALLY] Trump Rally in Chesapeake, Virginia**
**When:** Friday, June 28, 2024
**Where:** Historic Greenbrier Farms in Chesapeake, VA (OUTDOOR)

9. **Tuesday, July 9, 2024**

**[RALLY] Trump Rally in Miami, Florida**
**When:** Tuesday, July 9, 2024
**Where:** Trump National Doral Miami in Miami, FL (OUTDOOR)

10. **Thursday, July 18, 2024**

**[SPEECH] Trump Convention Speech at RNC in Milwaukee, Wisconsin**
**When:** Thursday, July 18, 2024
**Where:** Fiserv Forum in Milwaukee, WI (INDOOR)

11. **Saturday, July 20, 2024**

**[RALLY] President Trump and VP Nominee JD Vance Rally in Grand Rapids, Michigan**
**When:** Saturday, July 20, 2024
**Where:** Van Andel Arena in Grand Rapids, MI

12. **Wednesday, July 24, 2024**

**[RALLY] President Trump Rallies in Charlotte, North Carolina**
**When:** Wednesday, July 24, 2024

**Where:** Bojangles Coliseum in Charlotte, NC

---

**13. Friday, July 26, 2024**

**[SPEECH] Trump Speaks at TPUSA Faith Believers' Summit in West Palm Beach, Florida**
**When:** Friday, July 26, 2024
**Where:** Palm Beach County Convention Center in West Palm Beach, FL

---

**14. Saturday, July 27, 2024**

**[SPEECH] Trump Speaks at Bitcoin 2024 Conference in Nashville, Tennessee**
**When:** Saturday, July 27, 2024
**Where:** Music City Center in Nashville, TN

---

**15. Saturday, July 27, 2024**

**[RALLY] President Trump and VP Nominee JD Vance Rally in St. Cloud, Minnesota**
**When:** Saturday, July 27, 2024
**Where:** Herb Brooks National Hockey Center in St. Cloud, MN

---

**16. Wednesday, July 31, 2024**

**[RALLY] President Trump Holds Rally in Harrisburg, Pennsylvania**
**When:** Wednesday, July 31, 2024
**Where:** New Holland Arena in Harrisburg, PA

---

**17. Saturday, Aug. 3, 2024**

**[RALLY] President Trump & JD Vance Rally in Atlanta, Georgia**
**When:** Saturday, Aug. 3, 2024
**Where:** Georgia State Convocation Center in Atlanta, GA