# EXHIBIT "E"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## GEORGIA ATLANTA DIVISION

|  |  |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, *et al.*, | |
| *Plaintiffs*, | Case No. 1:24-cv-03639-TWT |
| *v.* | DECLARATION OF ISAAC HAYES III |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

1. I am Isaac Hayes III, President and CEO of Isaac Hayes Enterprises, The Estate of Isaac Hayes.

2. I have served as President and CEO of Isaac Hayes Enterprises since January 1, 2014.

3. One of my primary roles as president is to oversee the copyright, publishing, masters, name, image and likeness and any intellectual property of my father Isaac Hayes Jr.

4. One of those copyrights is the song "Hold On, I'm Coming" which was written and produced by Isaac Hayes and David Porter in 1966.

5. The publication date of "Hold On, I'm Coming" is March 14, 1966.

6. In statue 17, section 304 of U.S. copyright law states that creators (or their heirs) have the right to reclaim their rights to their works after a period of 56 years. This rule applies to works copyrighted before 1978. After 56 years from the date of the original copyright, the author (or their heirs) can terminate the copyright transfer and

regain control of the work. This provision is designed to give creators a second chance to benefit from their works after they may have initially signed away rights under unfavorable terms.

7. On December 31, 2014, Isaac Hayes Enterprises filed notice to the US Copyright Office, Universal Music Publishing Group and Warner Chappell Music of the termination of several Isaac Hayes copyrights including "Hold On, I'm Coming".

8. On March 15, 2022, 56 years after the publication of "Hold On, I'm Coming" written by Isaac Hayes and David Porter, Isaac Enterprises regained control of 50% of the copyright to "Hold On, I'm Coming" legally terminating ownership by Universal Music Publishing and Warner Chappell Music.

9. The assertion by Sam Moore that Isaac Hayes Enterprises did not or does not own the copyright to "Hold On, I'm Coming" is completely false.

10. In fact, 50% of all licensing in commerce for the use of the composition, words and music of "Hold On, I'm Coming," including for commercials, movies, or television as a work protected by copyright, was controlled by Isaac Hayes Enterprises.

11. On March 1, 2023, Isaac Hayes Enterprises, LLC and its' heirs entered into an agreement with Primary Wave Music IP Fund 3. Under this agreement, we granted use rights of the Isaac Hayes catalogue for the purposes of name, image and likeness deals, synchronization opportunities to film, TV and advertising and the 100% collection of royalties and administration of such royalties. Primary Wave Music IP Fund 3 is currently under an administration deal with Universal Music Publishing Group to collect and disperse royalties.

12. Under this agreement, 50% of the Isaac Hayes Enterprises LLC ownership of copyrights, including but not limited to "Hold On, I'm Coming", were assigned to Primary Wave Music IP Fund 3 for the term of the agreement. Once this transfer was

completed, Isaac Hayes Enterprises retained control of 25% of the copyright and Primary Wave Music IP Fund 3 controls 25% of the copyright.

13. Included in this agreement with Primary Wave Music IP Fund 3, is the right for approval of all licenses issued on behalf of Isaac Hayes Enterprises, LLC by myself and Liz Garner prior to licenses being issued.

14. As President of Hayes Enterprises, I have approved licenses for the use of "Hold On, I'm Coming" for numerous advertisers from $150,000 to $450,000 per license.

15. Addressing the claim made by Justin Caporale that Donald Trump and Donald Trump for President has a valid political use license, Donald Trump and Donald Trump for President had a valid political use license from November 30, 2022, to June 5, 2024 per a signed license by Mr. Caporal and a letter terminating the use of "Hold On, I'm Coming" by BMI signed by Pamela Williams, VP Legal & Business Affairs.

16. Outside of the term of the BMI political use license, Donald Trump and Donald Trump for President played "Hold On, I'm Coming" at rallies a total of 28 times before having a valid political use license and 18 times after the termination of the political use license for a total of 46 unauthorized uses of "Hold On, I'm Coming" by Donald Trump and Donald Trump for President.

17. Pertaining to Sam Moore being the only voice heard on "Hold On, I'm Coming", the song "Hold On, I'm Coming" has been covered over 100 times by various artists including Aretha Franklin, Michael Bolton, B.B. King, and Eric Clapton, Garth Brooks, Jerry Lee Lewis, Melissa Etheridge, The Temptations, Tina Turner, and Tom Jones not to mention several other versions for purposes of commercial advertisement.

18. Isaac Hayes and David Porter were inducted into the Songwriters Hall of Fame in 2005 for their songwriting accolades and contributions to American Music culture

most notably for the songs "Hold On, I'm Coming" and "Soul Man".

19. The claim by Mr. Moore that the motivation for this injunction is political in nature is a completely false narrative. This injunction is sought by Isaac Hayes Enterprises for copyright infringement and the association and perceived endorsement of the individual Donald Trump.

20. "Hold On, I'm Coming" being associated with Donald Trump, who has been found liable of sexual abuse causes irreparable harm to the name, image, likeness and brand of Isaac, Hayes.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

August 31, 2024
_____
Date

_____
Isaac Hayes, III, manager, Isaac Hayes Enterprises, LLC