EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-03639-TWT <br><br> DECLARATION OF LIZ GARNER |

      1.      My name is Liz Garner. My company is Garner Group Music, LLC. I have been working with the Hayes Estate since 2012, when we first began the process to terminate the copyrights of the Hayes catalogue. I began this process with E. Jean Mason, one of the authors of the 1976 Copyright Law. I currently administer and manage the music catalogue belonging to the Heirs of the Isaac Hayes Estate, in conjunction with Isaac Hayes, III, the manager for the Isaac Hayes Enterprises, LLC. In my role as administrator for the catalogue, I clear and issue licenses for any samples of Isaac Hayes music being used. I also approve of all uses for synchronization licenses issued for film, television, radio advertising, and other uses, such as licenses for political campaigns.

      2.      "*Hold On, I'm Coming*" was written by Isaac Hayes (50%) and David Porter (50%).

      3.      The original copyright date for "*Hold On, I'm Coming*" was filed March 14, 1966.

      4.      On December 31, 2014, the terminations for numerous songs written by Isaac Hayes, Jr, including "*Hold On, I'm Coming*", was submitted to the Copyright Office in Washington, DC, as well to Universal Music Publishing Group and Warner Chappell, who owned the copyright until it reverted to the Isaac Hayes Enterprises, LLC on March 15, 2022.

      5.      On March 15, 2022, Isaac Hayes Enterprises, LLC regained 100% control over his 50% ownership interest in the original copyright of "*Hold On, I'm Coming*".

6.      On March 1, 2023, Isaac Hayes Enterprises, LLC and its' heirs entered into an agreement with Primary Wave Music IP Fund 3.  Under this agreement, the Hayes heirs granted use rights of the Hayes catalogue for the purposes of name, image and likeness deals, synchronization opportunities to film, TV and advertising and the 100% collection of royalties and administration of such royalties.  Primary Wave Music IP Fund 3 is currently under an administration deal with Universal Music Publishing Group to collect and disperse royalties as it relates to the Isaac Hayes Enterprises, LLC deal.

7.      Under this agreement, 50% of the Isaac Hayes Enterprises LLC ownership of copyrights, including but not limited to "*Hold On, I'm Coming*", was assigned to Primary Wave Music IP Fund 3 for the term of the agreement. Once this transfer was completed, Isaac Hayes Enterprises retained control of 25% of the copyright and Primary Wave Music IP Fund 3 controls 25% of the copyright.  See below for language for the copyright assignment.

    **A. COPYRIGHT ASSIGNMENT**

For valuable consideration, receipt of which is hereby acknowledged, effective as of this 1st day of March, 2023, the undersigned, Isaac Hayes Enterprises, LLC ("IHE") and Cotton Picking Soul Music, LLC ("CPSM"), each individually and doing business as Bubba Lee Music, Inc. (BMI), Lili Ann Music (BMI), Afro Music, Inc.(BMI), Super Blue Music (BMI), East Indies Music (BMI), and Incense Productions, Inc. (BMI), Jacqueline Fields ("JF"), Melanie M. Hayes ("MMH"), Vincent Hayes ("VH"), Darius Caston ("DC"), Isaac Hayes III ("IHIII"), Lili White a/k/a Lili Ann Marie Bryant ("LW"), Veronica Patterson a/k/a Veronica Hayes ("VP"), Naa Adjowa Hayes a/k/a Margaret Hayes a/k/a Margaret McCord ("NAH"), Nana Kwadjo Hayes a/k/a Kojo Hayes ("NKH"), Heather Harley ("HH"), Felecia Hayes a/k/a Felecia Fisher ("FH"), and Nikki Hayes a/k/a Antishun Nicole McGee a/k/a Nicole Hayes a/k/a Nicole McGee a/k/a Nikki McGhee ("NH") (IHE, CPSM, JF, MMH, VH, DC, IHIII, LW, VP, NAH, NKH, HH, FH, NH, and their respective affiliates are sometimes hereinafter individually and collectively referred to as "Assignor"), hereby irrevocably grant, assign and transfer to and set over to Primary Wave Music IP Fund 3, LP ("Assignee"), in perpetuity, all of Assignor's right, title, and interest throughout the universe in and to the following: (a) an undivided fifty percent (50%) of one hundred percent (100%) of all right, title, and interest of Assignor and/or any predecessor in interest, successor, or affiliate of Assignor (each, an "Assignor Related Entity") in and to the musical compositions and musical works set forth on Schedule A annexed hereto and by this reference made a part hereof and (i) written in whole or in part by Isaac Lee Hayes, Jr. ("Hayes"), or (ii) respecting which Assignor and/or any Assignor Related Entity owns or controls any right, title, or interest anywhere in the world, in each case as of the date hereof, whether resulting from sole or partial ownership of the copyrights therein, a contract granting a right to participate in the proceeds or exploitation thereof, or otherwise, whether

the same were originally claimed or registered as a musical composition or as a musical part of a dramatico-musical work, and any music, lyrics, titles, and/or cues thereof, whether domestic or foreign, or direct or indirect interests therein, or other rights arising therefrom, including without limitation all rights under United States federal or state copyright or foreign copyright, including without limitation all renewals, extensions, continuations, restorations, revivals, and/or reversions thereof (whether vested, contingent, or inchoate, whether registered or unregistered and whether the same are now in existence or come into existence for any reason, including without limitation as a result of future legislation or the interpretation thereof), in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action, including without limitation those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Assignor or Assignee in all events, as well as any arrangements, adaptations, editions, translations, interpolations, samples, remixes, or remasters thereof or any other derivative works based thereon, in each instance to the extent of Assignor's current or future interest therein (the "Compositions"), together with all rights to administer, license, exploit, or otherwise exercise, or to permit or authorize any other entity to administer, license, exploit, or otherwise exercise, any rights of the copyright owner therein (including without limitation the right to reproduce, publish, rent, lease, lend, publicly perform, whether dramatically or non-dramatically, publicly display, or distribute the Compositions, the right to create any arrangement, adaptation, edition, translation, interpolation, sample, remix, or remaster thereof or any other derivative work based thereon, and all other rights of copyright holders under the United States Copyright Act, 17 U.S.C. § 101, et. seq., or the copyright laws of any other country in the world), in whole or in part, on behalf of the copyright owner thereof, and to collect any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts, and any other sums or amounts of any kind or description derived in connection therewith in any territory of the world or universe (collectively, "Rights of Administration"), whether the same are currently owned or controlled by Assignor or any Assignor Related Entity or may in the future revert to Assignor or any Assignor Related Entity under any Composition Agreement (as hereinafter defined) or otherwise; (b) all of Assignor's and/or any Assignor Related Entity's rights under any and all contracts entered in to by Assignor and/or any Assignor Related Entity relating to the acquisition, ownership, use, or exploitation of the Compositions, and any modifications, extensions, and amendments thereof (the "Composition Agreements"), including without limitation the sole and exclusive right to exercise any and all of Assignor's and/or any Assignor Related Entity's approval rights and/or audit rights thereunder; (c) the sole and exclusive right to collect an undivided one hundred percent (100%) of any and

all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts, and any other sums or amounts of any kind or description accounted, credited, paid, or payable from and after January 1, 2023 by any entity anywhere in the universe to Assignor or any Assignor Related Entity with respect to Assignor's current or future interest in the Compositions including without limitation any such amounts payable in respect of Hayes' capacity as a songwriter, lyricist, composer, and/or arranger of the Compositions, including without limitation all of the so-called "writer's share" and "publisher's share" of public performance royalties and fees payable or becoming payable by BMI, and/or any other performing rights organization or society throughout the world, whether pursuant to the Composition Agreements or otherwise in connection with the use or exploitation of the Compositions; and (d) an undivided one hundred percent (100%) of all right, title, and interest of Assignor and/or any Assignor Related Entity in and to the Rights of Administration with respect to the remaining fifty percent (50%) of Assignor's and/or any Assignor Related Entity's right, title, and interest in and to the Compositions that is not being assigned to Assignee pursuant to clause (a) above. If any provision of this instrument of transfer shall be held void, invalid or inoperative, no other provision of this instrument of transfer shall be affected as a result thereof and, accordingly, the remaining provisions of this instrument of transfer shall remain in full force and effect. This Assignment may be signed in any number of counterparts with the same effect as if the signatures to each counterpart were upon a single instrument, and all such counterparts together shall be deemed an original of this Assignment.

8. Included in this agreement with Primary Wave Music IP Fund 3, is the right for approval of all licenses issued on behalf of Isaac Hayes Enterprises, LLC by Liz Garner and Isaac Hayes prior to licenses being issued.

9. As the administrator for Isaac Hayes Enterprises, LLC, I, along with Isaac Hayes, III, manager for Isaac Hayes Enterprises, have approved licenses for the use of "*Hold On, I'm Coming*" for numerous advertisers from $150,000 to $450,000 per license.

10. To date, Isaac Hayes Enterprises, LLC has never directly approved a license for Donald J Trump, Donald J Trump, Inc, Republican National Committee, National Rifle Association, Turning Point USA, American Conservative Union, or Bitcoin Conference.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

August 31, 2024
Date

*[signature: Liz Garner]*
Liz Garner, Garner Group Music, LLC