**CONFIDENTIAL**

# EXHIBIT I



UNIVERSAL MUSIC PUBLISHING GROUP

2105 Colorado Avenue
Santa Monica, CA 90404

August 26, 2024

To Whom It May Concern:

Below please find a representative list of synchronization licenses that have been issued for the song entitled "*Hold On, I'm Comin'*" written by David Porter and Isaac Hayes.

| Project Type | Song License Issue Date | Full Fee Quoted |
|---|---|---|
| Film Trailers | 07/02/2024 | $150,000.00 |
| Advertising | 10/10/2023 | $198,375.00 |
| Game Trailers | 01/24/2023 | $250,000.00 |
| Advertising | 11/09/2022 | $172,500.00 |
| Advertising | 02/24/2022 | $450,000.00 |
| Advertising | 10/25/2021 | $150,000.00 |
| Advertising | 08/10/2018 | $150,000.00 |

Sincerely,

_____
Joy Murphy
Senior Vice President, Head of Film & Television Music Licensing