## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ISSAC HAYES ENTERPRISES, LLC**, a Georgia Domestic Limited Liability Company, and **THE ESTATE OF ISSAC HAYES**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD JOHN TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION**, and **BTC, INC.**,<br><br>Defendants. | Civil Action No. 1:24-cv-03639 |

## DEFENDANT TURNING POINT USA, INC.'S BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Defendant Turning Point USA, Inc. ("TPUSA"), submits this brief in opposition to the Motion for Preliminary Injunction (the "Motion") filed by Plaintiffs Issac Hayes Enterprises, LLC and The Estate of Issac Hayes ("Plaintiffs").

## BACKGROUND

Plaintiffs seek to preliminarily enjoin TPUSA and the other named Defendants from "copy[ing], distribut[ing], publicly perform[ing], or otherwise exploit[ing]" the song "***Hold On, I'm Coming***" (hereafter, the "Subject Work").

Plaintiffs allege that TPUSA "vicariously and/or contributorily" infringed their rights in the Subject Work by "hosting events and uploading videos" where the Subject Work was played as outro music for Defendant Donald John Trump ("Defendant Trump").  (Dkt. No. 6 at ¶ 15.)  Plaintiffs specifically complain of six (6) instances in which "[Defendant] Trump unlawfully performed the [Subject] Work"  unlawfully played the work dating back to 2022:

- After a speech allegedly hosted by TPUSA at what Plaintiffs refer to as "The Turning Point USA Summit" on July 23, 2022 (the "2022 Summit");

- After a speech allegedly hosted by TPUSA at what Plaintiffs refer to as "The Turning Point USA Summit" on July 15, 2023 (the "2023 Summit");

- After what Plaintiffs refer to as a "Town Hall" on June 6, 2024, allegedly sponsored by TPUSA (the "2024 Town Hall");

- At what Plaintiffs refer to as the "People's Convention" in Detroit Michigan, on June 15, 2024, allegedly sponsored by TPUSA (the "2024 Convention");

- After a speech allegedly hosted by TPUSA at what Plaintiffs refer to as the "Turning Point Action Conference" on July 15, 2024 (the "2024 Conference"); and

- After a speech allegedly hosted by TPUSA at what Plaintiffs incorrectly refer to as the "Turning Point USA Faith Believers' Summit" on July 26, 2024 (the "2024 Summit").

(Dkt. 6 at ¶¶ 49-54.)

Contrary to these allegations and characterizations, and as set forth in the

4889-6049-8144 v.1

accompanying affidavit of Justin Olson, Chief Financial Officer of TPUSA, TPUSA did not host or sponsor Defendant Trump's speech or appearance at *any* of the noted events.  (Affidavit of Justin Olson in Support of TPUSA's Response to Plaintiffs' Motion for Preliminary Injunction ("Olson Aff.") at ¶¶ 2-7.)  Plaintiffs should have instead named Turning Point Action, Inc.—a separate 501(c)(4) nonprofit entity that was responsible for hosting Mr. Trump at and sponsoring the noted events.[1] (*Id.*)

Plaintiffs also provide six (6) corresponding and functioning links to various websites that they claim support their allegations.  (Dkt. 6 at ¶¶ 49-54.)  None of these links, however, lead to any videos uploaded by TPUSA. (Olson Aff. at ¶¶ 2-7.)  Instead, an entity known as Right Side Broadcasting Network" uploaded the video Plaintiffs associate with the 2022 Summit, the 2024 Town Hall[2], and the 2024 Convention.  (Dkt. 6 at ¶¶ 49, 51, 52.)  The videos Plaintiffs associate with the 2023 Summit and the 2024 Summit appear on C-SPAN's website.  (Dkt. 6 at ¶¶ 50, 54.)  The final video link that Plaintiffs associate with the 2024 Conference leads to a video that was uploaded by LiveNOW from Fox.  (Dkt. 6 at ¶¶ 53.)  Further, this particular video (i) has nothing to do with the 2024 Conference and is instead another

---

[1] On August 30, 2024, counsel for Plaintiffs acknowledged this mistake in an email to counsel for TPUSA and indicated that Plaintiffs "plan to amend the complaint next week" to remedy the issue.  This should be enough to moot the Motion as to TPUSA.

[2] A review of the landing page for this video link indicates the event occurred in Phoenix, Arizona not West Palm Beach as indicated by Plaintiffs.

4889-6049-8144 v.1

video of the 2024 Summit and (ii) is nearly an hour long and includes a brief snippet of music in the final 1.5 seconds that may or may not be the Subject Work.

In addition to the foregoing and for the purposes of further opposing the Motion, TPUSA adopts the applicable facts and arguments as set forth in the opposition briefs filed by the Republican National Committee ("RNC"), Defendant Trump, and Donald J. Trump For President 2024, Inc. ("DJTFP") (Dkt. 26 and 28.)

## LEGAL STANDARD

"A district court may grant injunctive relief only if the moving party demonstrates that: (1) it has a substantial likelihood of success on the merits (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest." *Eknes-Tucker v. Governor of Alabama*, 80 F.4th 1205, 1219 (11th Cir. 2023) (quotation marks and citation omitted). ""[C]ourts must remember that a preliminary injunction is an extraordinary and drastic remedy which should not be granted unless the movant clearly carries the burden of persuasion" as to each of "these four prerequisites." *Eknes-Tucker*, 80 F.4th at 1219 (quotation marks and citation omitted). "Failure to meet even one" of those prerequisites dooms a request for a preliminary injunction. *Wreal v. Amazon.com, Inc.*, 840 F.3d 1244, 1248 (11th Cir. 2016).

4889-6049-8144 v.1

## ARGUMENT

### I.    PLAINTIFFS HAVE NOT SHOWN A SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS OF THEIR CLAIMS AGAINST TPUSA.

In addition to the arguments set forth int the responsive briefs of RNC, Defendant Trump, and DJTFP regarding ownership and fair use (which TPUSA adopts), TPUSA (1) is not a proper party to this lawsuit as set forth in the Olson Aff. and as already acknowledged by Plaintiffs and (2) even if it were, the Plaintiffs' Amended Complaint only asserts claims for contributory and/or vicarious infringement against TPUSA while the Motion only seeks relief in connection with direct copyright infringement and is silent with respect to its actual claims against TPUSA.  (Dkt. 10-1 at 4-5.)

The Motion cannot succeed as a matter of law with respect to TPUSA, and Plaintiffs have not met their burden to show otherwise.

### II.   PLAINTIFFS HAVE NOT SHOWN IRREPARABLE HARM AND THE REQUESTED INJUNCTION DISSERVES THE PUBLIC INTEREST.

It is axiomatic that Plaintiffs must show imminent irreparable harm to prevail on the Motion, but they ignore this requirement entirely and present no evidence indicative of such harm.  Instead, they rely on a nonexistent presumption of harm in connection with their claim of direct copyright infringement and ignore their own years-long delay in bringing the Motion.  These issues have been thoroughly briefed

4889-6049-8144 v.1

by Defendant Trump, DJTFP, and RNC.  TPUSA adopts the same arguments here.

As a result, the Motion must be denied.

Likewise, it is axiomatic that free political speech is in the public interest.

Though TPUSA does not control any of the videos highlighted by Plaintiffs,

Plaintiffs nonetheless are seeking to remove the political speech of a presidential

candidate from the internet with a presidential election looming in approximately

two (2) months.  These issues, too, have been thoroughly briefed by Defendant

Trump, DJTFP, and RNC.  TPUSA adopts those arguments as well.  The Motion

must be denied for this reason as well.

### CONCLUSION

For these reasons, the Court should deny the Motion.

Respectfully submitted this 1st day of September, 2024,

> NELSON MULLINS RILEY &
> SCARBOROUGH LLP
>
> */s/ Alex G. Pisciarino*
> Alex G. Pisciarino
> alex.pisciarino@nelsonmullins.com
> Georgia Bar No. 569773
> 201 17th Street NW, Suite 1700
> Atlanta, GA 30363
> 404-322-6000
> 404-322-6050
>
> FAEGRE DRINKER BIDDLE &
> REATH LLP

4889-6049-8144 v.1

-7-

Louis T. Perry
pro hac vice pending
Louis.Perry@faegredrinker.com
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
(317) 237 0300
(317) 237 1000

4889-6049-8144 v.1

-8-

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance

with the font type and margin requirements of L.R. 5.1, using font type of Times

New Roman and a point size of 14.

*/s/ Alex G. Pisciarino*
Georgia Bar No. 569773

NELSON
SCARBO|

*/s/ Alex G.*
Alex G. Pi
alex.piscia
Georgia B
201 17th S
Atlanta, G
404-322-6
404-322-6

FAEGRE
REATH L

Louis T. P
pro hac vic
Louis.Perr
300 N. Me
Indianapol
(317) 237
(317) 237

4889-6049-8144 v.1