# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, a Georgia Domestic Limited Liability Company, and THE ESTATE OF ISAAC HAYES,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J TRUMP, individually, DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA INC., AMERICAN CONSERVATIVE UNION, INC., AND BTC, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:24-cv-03639-TWT |

## DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA INC.'S MOTION FOR PERMISSION TO ENTER COURTHOUSE WITH ELECTRONIC EQUIPMENT

COMES NOW Defendant National Rifle Association of America Inc. (hereinafter "Defendant NRA" ) and respectfully moves for entry of an Order permitting Defendant NRA's below-listed counsel of record to enter the Richard B. Russell Federal Building and the United States Courthouse with personal electronic equipment, including laptops, mobile telephones, and related chargers and

accessories for the hearing set to address Plaintiffs' Motion for Emergency Preliminary Injunction and Request for Emergency Hearing with Brief in Support [Doc. 4] and amendment thereto [Doc. 10], to be held on Tuesday, September 3, 2024 at 10:00 a.m. EST in ATLA Courtroom 2108:

1. William D. Barwick;

2. H. Jonathan Redway;

3. C. Brad Fallon.

A proposed order granting the relief requested herein is attached hereto as Exhibit A.

Respectfully submitted, this 2nd day of September, 2024.

/s/ William D. Barwick
**WILLIAM D. BARWICK**
Georgia Bar. No. 041025
**C. BRAD FALLON**
Georgia Bar No. 226335
**ICHTER DAVIS LLC**
400 Interstate North Pkwy, SE, Suite 860
Atlanta, Georgia 30339
404.869.7600 (Phone)
404.602.0037 (Fax)
wbarwick@ichterdavis.com
bfallon@ichterdavis.com

-and-

                H. Jonathan Redway (Va. Bar No. 42189)
(*pro hac vice admission pending*)
**DICKINSON WRIGHT, PLLC**
1825 Eye Street, N.W.
Suite 900
Washington, D.C. 20006
Tel: 202.659.6946
Fax: 844.670.6009
jredway@dickinson-wright.com

*Counsel for Defendant National Rifle Association of America Inc.*

## CERTIFICATION

In accordance with LR 5.1C, ND GA, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

/s/ William D. Barwick
William D. Barwick

## CERTIFICATE OF SERVICE

I certify that on September 2, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of filing and a copy of same to counsel of record.

/s/ William D. Barwick
**WILLIAM D. BARWICK**
Georgia Bar No. 041025