IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, *et al*.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>DONALD JOHN TRUMP, *et al*.,<br><br>   *Defendants*. | Case No. 1:24-cv-03639-TWT |

## DEFENDANTS DONALD J TRUMP, INDIVIDUALLY, AND DONALD J. TRUMP FOR PRESIDENT, INC.'S MOTION FOR PERMISSION TO ENTER COURTHOUSE WITH ELECTRONIC EQUIPMENT

 COMES NOW Defendants Donald J Trump and Donald J. Trump, Inc (hereinafter "Defendants") and respectfully move for entry of an Order permitting Defendants' below-listed counsel of record to enter the Richard B. Russell Federal Building and the United States Courthouse with personal electronic equipment, including laptops, mobile telephones, and related chargers and accessories for the hearing set to address Plaintiffs' Motion for Emergency Preliminary Injunction and Request for Emergency Hearing with Brief in Support [Doc 4] and amendment thereto [Doc 10], to be held on Tuesday, September 3, 2024 at 10:00 a.m. EST.

1. William Bradley Carver;

2. Ronald D. Coleman

A proposed order granting the relief requested herein is attached hereto as Exhibit A.

Respectfully submitted this 3rd day of September 2024.

/s/ *William Bradley Carver*
**William Bradley Carver**
Georgia Bar. No. 115529
Hall Booth Smith, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com

## CERTIFICATION

In accordance with LR 4.1C, NDGA, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ William Bradley Carver*
William Bradley Carver, Sr.

## CERTIFICATION OF SERVICE

I certify that on September 3, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of filing and a copy of the same to counsel of record.

*/s/ William Bradley Carver*
William Bradley Carver, Sr.
Georgia Bar No. 115529