IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD JOHN TRUMP, *et al.*,<br><br>    *Defendants*. | Case No. 1:24-cv-03639-TWT |

**ORDER**

This matter comes before the Court on Defendants Donald J Trump, individually, and Donald J. Trump, Inc's Motion for Permission to Enter the Courthouse with Electronic Equipment. Having considered the Motion, it is hereby **GRANTED**, and it is hereby **ORDERED** that on Tuesday, September 3, 2024, the below-listed attorneys shall have permission to enter the Richard B. Russell Federal Building and the United States Courthouse and bring into Courtroom 2108 personal electronic equipment including laptops, and related chargers and accessories:

1. William Bradley Carver, Sr.

2. Ronald D. Coleman

IT IS SO ORDERED this 3rd day of September, 2024.

_____
The Honorable Thomas W. Thrash, Jr.
United States District Judge