# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-03639-TWT
## Isaac Hayes Enterprises, LLC et al v. Trump et al
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 09/03/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 10:10 A.M.<br>TIME COURT CONCLUDED: 11:30 A.M.<br>TIME IN COURT: 1:20<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Diane Peede<br>CSO/DUSM: 2 CSOs<br>DEPUTY CLERK: Jordyn Holder |
| ATTORNEY(S) PRESENT: | William Barwick representing National Rifle Association of America, Inc.<br>William Carver representing Donald J. Trump for President 2024, Inc.<br>William Carver representing Donald John Trump<br>Ronald Coleman representing Donald J. Trump for President 2024, Inc.<br>Ronald Coleman representing Donald John Trump<br>Brian Lea representing Republican National Committee<br>Alex Pisciarino representing Turning Point USA, Inc.<br>H. Redway representing National Rifle Association of America, Inc.<br>James Walker representing Isaac Hayes Enterprises, LLC<br>James Walker representing The Estate of Isaac Hayes |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [10]Motion for Preliminary Injunction GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | Hearing held on the [10] Amended Motion for Preliminary Injunction. The motion was WITHDRAWN by the Plaintiffs as to Defendants Turning Point USA, Inc., National Rifle Association of America, Inc., and Republican National Committee. The Court heard arguments from the parties on the motion. For the reasons stated on the record, the Court GRANTED IN PART & DENIED IN PART the motion. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |