# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, THE ESTATE OF ISAAC HAYES,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD JOHN TRUMP individually, DONALD J. TRUMP FOR PRESIDENT, 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION, BTC, INC.,<br><br>Defendants. | CASE NO: 1:24-cv-03639-TWT<br><br>Honorable Thomas W. Thrash, Jr. |

**EMERGENCY MOTION TO POSTPONE
DEPOSITION UNTIL OPENING OF DISCOVERY BY DEFENDANTS
REPUBLICAN NATIONAL COMMITTEE, DONALD JOHN TRUMP,
DONALD J. TRUMP FOR PRESIDENT 2024, INC., AND TURNING
POINT USA, INC.**

For the following reasons, explained further in the brief in support of this Motion attached as Exhibit A, Defendants Republican National Committee, Donald J. Trump, Donald J. Trump for President 2024, Inc., and Turning Point USA, Inc, move the Court to order that the Rule 30(b)(6) deposition of non-party BMI, Inc., currently scheduled for 10 AM on September 5 (Doc. 15), be postponed until the

opening of discovery in this matter.[1]  As explained in the brief in support of this motion, deposition on the selected date is premature, and there is no longer any need for expedited discovery now that this Court has ruled on Plaintiffs' motion for a preliminary injunction (Doc. 50).  Moreover, Defendants lack adequate time to prepare—a difficulty exacerbated by the fact that Plaintiffs have neither listed "the matters for examination" as required by Rule 30(b)(6) nor provided any documents produced by BMI as required by the operative Notice of Deposition (Doc. 15).  Further, as defendant Turning Point USA, Inc., is not a proper party, moving forward with the deposition now creates a risk that the deposition will need to be reopened in the event Plaintiffs' file a second amended complaint naming as a defendant the proper party, Turning Point Action, Inc. Doc. 37.

Under Local Rule 7.2(B), Defendants respectfully request that the Court decide this Motion today, without waiting for a response, because the deposition is currently set for tomorrow.  The primary bases for this Motion did not exist until yesterday, when this Court ruled on Plaintiffs' Emergency Motion for Preliminary Injunction and thus eliminated any possible need or purpose for conducting the BMI deposition on an expedited basis.  Defendants thus asked Plaintiffs to postpone the

---

[1] As of the time of filing, counsel for the National Rifle Association have neither consented nor declined to join this Motion. In the interest of time, recognizing the Emergency Nature of this Motion, the above-listed Defendants are filing now without waiting for the joinder of the National Rifle Association.

deposition until the opening of discovery, but Plaintiffs have not responded. *See* Exh. B (Email exchange between Brian Lea and James Walker).  This Emergency Motion follows.

Date: September 4, 2024

Respectfully submitted,

/s/ *Brian C. Lea*
BRIAN C. LEA
Georgia Bar No. 213529
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8528
Facsimile: (404) 581-8330
E-mail: blea@jonesday.com

ANNA E. RAIMER (*pro hac vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600
E-mail: aeraimer@jonesday.com

JOHN G. FROEMMING  (*pro hac vice)*
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20007
Telephone: (202) 879-3939
Fax: (202) 626-1700
E-mail: jfroemming@jonesday.com

*Counsel for Defendant Republican National Committee*

/s/ *William Bradley Carver, Sr.*
William Bradley Carver, Sr.
GA Bar No. 115529

HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com
Baxter D. Drennon
GA Bar No. 241446
HALL BOOTH SMITH, P.C.
200 River Market Ave., Suite 500
Little Rock, AR 72201
(501) 214-3499
bdrennon@hallboothsmith.com

Ronald D. Coleman (*pro hac vice*)
DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL
CORPORATION
50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com

*Attorney for Donald J. Trump and Donald J. Trump for President, 2024, Inc.*

*/s/ Alex G. Pisciarino (WEP)*
ALEX G. PISCIARINO
Georgia Bar No. 569773
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
Email:
alex.pisciarino@nelsonmullins.com

LOUIS T. PERRY
(*pro hac vice pending*)

        FAEGRE DRINKER BIDDLE &  
        REATH LLP  
        300 N. Meridian Street, Suite 2500  
        Indianapolis, Indiana 46204  
        Telephone: (317) 237-0300  
        Facsimile: (317) 237-1000  
        Email:  
        Louis.Perry@faegredrinker.com

*Counsel for Defendant Turning Point USA, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1(C).

/s/ *Brian C. Lea*
Brian C. Lea

*Attorney for Defendant Republican National Committee*

## **CERTIFICATE OF SERVICE**

    I certify that on September 4, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

                                              */s/ Brian C. Lea*
                                              Brian C. Lea

                                              *Attorney for Defendant Republican National Committee*