**Lea, Brian C.**

| | |
|---|---|
| **From:** | Lea, Brian C. |
| **Sent:** | Tuesday, September 3, 2024 4:20 PM |
| **To:** | jjwalker@walkerandassoc.com |
| **Cc:** | GRIGGS32ASSIST@GMAIL.COM; gerald@geraldagriggs.com; griggsassistant@gmail.com; Froemming, John G.; Raimer, Anna E.; Ronald Coleman (Dhillon Law); Alex Pisciarino; H. Jonathan Redway; brad@fallonbusinesslaw.com; wbarwick@ichterdavis.com |
| **Subject:** | RE: Isaac Hayes Enterprises, LLC v. Donald John Trump--Deposition |

James,

Further to the below, I am cc'ing other defense counsel. Defendants Donald J. Trump, Trump for President 2024, Turning Point USA, and the Republican National Committee object to moving forward with the BMI deposition on 9/5, for the following reasons:

- Discovery has not yet opened, per Fed. R. Civ. P. 26(d)(1): *Timing.* A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order.
- There is no need for expedited discovery now that the Court has ruled on the Motion for Preliminary Injunction.
- There is no adequate time to prepare.
- Exacerbating the previous point, we have received neither "the matters for examination" as required by Fed. R. Civ. Pro. 30(b)(6), nor any documents produced to you by BMI per the terms of the Notice.
- TPUSA is not a proper party, which means that moving forward will create a potential need for re-deposition in the event that Plaintiff amends the complaint to add the proper party, TP Action.
- Also, counsel for other defendants are in transit following the hearing, but counsel for the National Rifle Association has expressed that his schedule may preclude him from attending the deposition on your selected day. (I am reaching out now, instead of waiting for final word from the NRA, in the interest of time. This explains why I have omitted the NRA from the list of defendants in the first paragraph.) Other counsel may have similar scheduling difficulties.

In light of these considerations, would you agree to postpone the 30b6 deposition of BMI until after discovery has opened? We'd appreciate your timely response.

Best regards,
Brian

Brian C. Lea
Partner
**JONES DAY® - One Firm Worldwide℠**
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Office +1.404.581.8528

---

**From:** Lea, Brian C.
**Sent:** Tuesday, September 3, 2024 2:40 PM
**To:** jjwalker@walkerandassoc.com
**Cc:** GRIGGS32ASSIST@GMAIL.COM; gerald@geraldagriggs.com; griggsassistant@gmail.com; Froemming, John G.

<jfroemming@jonesday.com>; Raimer, Anna E. <AERaimer@jonesday.com>
**Subject:** RE: Isaac Hayes Enterprises, LLC v. Donald John Trump--Deposition

James,

It was a pleasure meeting you in Judge Thrash's courtroom this morning.  I am writing about the deposition of BMI, which you noticed via the attached filings.  Now that the preliminary injunction hearing has passed, removing any need for expedited procedure, would you please let us know whether you intend to move forward with the deposition this Thursday, September 5, at 10 AM?

And, if you do intend to move forward despite the fact that discovery has not yet opened (FRCP 26(d)(1)):
1. Would you please send a list of "the matters for examination" as required by FRCP 30(b)(6)?
2. Based on your agreement to forward any documents received from BMI, I take it that you have not received any documents from BMI beyond those attached to your filings to date.  If this is not correct, please let us know.  As a reminder, your notice set tomorrow morning as the deadline for emailing exhibits to be used in the deposition.

Brian C. Lea
Partner
**JONES DAY® - One Firm Worldwide℠**
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Office +1.404.581.8528

---

**From:** Lea, Brian C.
**Sent:** Friday, August 30, 2024 3:36 PM
**To:** jjwalker@walkerandassoc.com
**Cc:** GRIGGS32ASSIST@GMAIL.COM; gerald@geraldagriggs.com; griggsassistant@gmail.com; Froemming, John G. <jfroemming@jonesday.com>; Raimer, Anna E. <AERaimer@jonesday.com>
**Subject:** Isaac Hayes Enterprises, LLC v. Donald John Trump

James,

Thank you for taking the time to speak with me earlier this week.

I appreciate your confirming that you will not be presenting a witness at the hearing. As we discussed, the RNC likewise will not be presenting a witness.

Thank you as well for confirming that you will forward to me any documents received from BMI (see your attached filings) when you receive them.

We discussed other documents, including the Primary Wave Agreement and the BMI License.  You declined to share the Primary Wave Agreement, and I told you I would look into sharing the BMI License obtained by the RNC.  That BMI License is attached as an Exhibit to our Opposition to your Preliminary Injunction Motion, which you should have received today.

I look forward to meeting you on Tuesday and to litigating this matter with you in a professional matter.

Best regards,
Brian

Brian C. Lea
Partner
**JONES DAY® - One Firm Worldwide℠**
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Office +1.404.581.8528