# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, THE ESTATE OF ISAAC HAYES,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD JOHN TRUMP individually, DONALD J. TRUMP FOR PRESIDENT, 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION, BTC, INC.,<br><br>Defendants. | CASE NO: 1:24-cv-03639-TWT<br><br>Honorable Thomas W. Thrash, Jr. |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION TO POSTPONE DEPOSITION UNTIL OPENING OF DISCOVERY BY DEFENDANTS REPUBLICAN NATIONAL COMMITTEE, DONALD JOHN TRUMP, DONALD J. TRUMP FOR PRESIDENT 2024, INC., AND TURNING POINT USA, INC.**

Defendants Republican National Committee, Donald J. Trump, Donald J. Trump for President 2024, Inc., and Turning Point USA, Inc, filed a motion requesting that the Court order that the Rule 30(b)(6) deposition of non-party BMI, Inc., currently scheduled for 10 AM on September 5 (Doc. 15), be postponed until the opening of discovery in this matter. When the Emergency Motion was filed, and even now, this deposition was noticed to be held prematurely. However, this morning, Plaintiffs' counsel sent an email to counsel for the RNC in which Plaintiffs'

counsel stated that he had reached an agreement with BMI "to postpone the deposition." Based on that representation from Plaintiffs' counsel, Defendants hereby withdraw the Emergency Motion to Postpone Deposition Until Opening of Discovery.

Date: September 4, 2024                                                   Respectfully submitted,

/s/ *Brian C. Lea*
BRIAN C. LEA
Georgia Bar No. 213529
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8528
Facsimile: (404) 581-8330
E-mail: blea@jonesday.com

ANNA E. RAIMER (*pro hac vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600
E-mail: aeraimer@jonesday.com

JOHN G. FROEMMING  (*pro hac vice*)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20007
Telephone: (202) 879-3939
Fax: (202) 626-1700
E-mail: jfroemming@jonesday.com

*Counsel for Defendant Republican National Committee*

/s/ *William Bradley Carver, Sr.*
William Bradley Carver, Sr.
GA Bar No. 115529
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com
Baxter D. Drennon
GA Bar No. 241446
HALL BOOTH SMITH, P.C.
200 River Market Ave., Suite 500
Little Rock, AR 72201
(501) 214-3499
bdrennon@hallboothsmith.com

Ronald D. Coleman (*pro hac vice*)
DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL
CORPORATION
50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com

*Attorney for Donald J. Trump and Donald J. Trump for President, 2024, Inc.*

/s/ *Alex G. Pisciarino (WEP)*
ALEX G. PISCIARINO
Georgia Bar No. 569773
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
Email:
alex.pisciarino@nelsonmullins.com

- 3 -

- 4 -

        L<small>OUIS</small> T. P<small>ERRY</small>
(*pro hac vice pending*)
FAEGRE DRINKER BIDDLE &
REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email:
Louis.Perry@faegredrinker.com

*Counsel for Defendant Turning Point USA, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1(C).

/s/ *Brian C. Lea*
Brian C. Lea

*Attorney for Defendant Republican National Committee*

## CERTIFICATE OF SERVICE

I certify that on September 4, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

/s/ *Brian C. Lea*
Brian C. Lea

*Attorney for Defendant Republican National Committee*