# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, THE ESTATE OF ISAAC HAYES, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD JOHN TRUMP individually, DONALD J. TRUMP FOR PRESIDENT, 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION, BTC, INC., <br><br> Defendants. | CASE NO: 1:24-cv-03639-TWT <br><br> Honorable Thomas W. Thrash, Jr. |

## DEFENDANT REPUBLICAN NATIONAL COMMITTEE'S EMERGENCY UNOPPOSED MOTION TO TOLL THE DEADLINE FOR RESPONDING TO THE AMENDED COMPLAINT

With the express agreement of Plaintiffs' counsel, Defendant Republican National Committee hereby moves for an order tolling the deadline for responding to Plaintiffs' Amended Complaint (Doc. 6) pending the Court's ruling on Plaintiffs' forthcoming motion to amend that Amended Complaint. As explained in the accompanying brief in support of this Motion attached as Exhibit A, it would serve little purpose to require the RNC to incur the expense of responding to a complaint for which Plaintiffs plan to seek leave to amend.

Under Local Rule 7.2(B), the RNC respectfully requests that the Court decide

this Motion on an expedited basis, in advance of September 13, the current deadline for responding to the Amended Complaint. This Motion will become moot when that deadline expires. And in the interim, counsel must prepare a response to the Amended Complaint in the absence of an order granting this Motion or otherwise postponing the September 13 deadline.

Date: September 6, 2024

Respectfully submitted,

/s/ *Brian C. Lea*
BRIAN C. LEA
Georgia Bar No. 213529
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8528
Facsimile: (404) 581-8330
E-mail: blea@jonesday.com

ANNA E. RAIMER (*pro hac vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600
E-mail: aeraimer@jonesday.com

JOHN G. FROEMMING  (*pro hac vice*)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20007
Telephone: (202) 879-3939
Fax: (202) 626-1700
E-mail: jfroemming@jonesday.com

*Counsel for Defendant Republican National Committee*

- 3 -

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1(C).

*/s/ Brian C. Lea*
Brian C. Lea

*Attorney for Defendant Republican National Committee*

## CERTIFICATE OF SERVICE

I certify that on September 6, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

/s/ *Brian C. Lea*
Brian C. Lea

*Attorney for Defendant Republican National Committee*