IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, ET AL. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:24-cv-03639-TWT |

**DEFENDANT DONALD J. TRUMP FOR PRESIDENT 2024, INC.'S EMERGENCY MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT AND CONSLIDATED MEMORANDUM OF LAW IN SUPPORT**

Defendant Donald J. Trump for President 2024, Inc. (the "Campaign") hereby moves that the court (i) order that the Campaign's deadline for responding to Plaintiffs Isaac Hayes Enterprises, LLC's and the Estate of Isaac Hayes's (together, "Plaintiffs") Amended Complaint be extended by 28 days[1] and (ii) decide this motion on an expedited basis pursuant to Local Rule 7.2(B) and in advance of the Campaign's September 16, 2024, response deadline. Plaintiffs indicated to the other

---

[1] In the alternative, and to promote judicial efficiency, the Campaign asks that the Court toll the deadline for responding to the Amended Complaint pending the Court's ruling on Plaintiffs' forthcoming motion to amend the Amended Complaint. The Campaign notes that, while Plaintiffs indicated they do not object to a time extension as request in this motion, Plaintiffs and the Campaign never discussed the possibility of tolling the deadline altogether—which would avoid multiple motions for extensions of time depending upon the timing of the forthcoming motion to amend.

1

defendants that they do not object to the extension as set forth below. In support of this motion, the Campaign states as follows:

1. Plaintiffs filed the Amended Complaint on August 21, 2024, and served it on the Campaign on August 25, 2024. The Campaign's deadline for responding to the Amended Complaint is September 16, 2024.

2. Plaintiffs represented to this Court and to Defendant Turning Point USA, Inc. ("TPUSA") that they intend to move for leave to file a new amended complaint. ECF No. 38-1 at 3 n.1. On September 9, 2024, the Campaign's counsel attempted to confer with Plaintiffs' attorney, James J. Walker, by phone about seeking an extension of time to answer or otherwise respond to the Amended Complaint but was unable to reach him.

3. The Campaign therefore respectfully requests that this Court order that the Campaign's time to answer or otherwise respond to the Amended Complaint be extended by 28 days. This extension is warranted in light of Plaintiffs' indication that they will soon move to amend the Amended Complaint because it would relieve the Campaign of the burden of responding to the Amended Complaint.[2]

4. In the alternative, and to promote judicial efficiency and synchronize response schedules, the Campaign requests that this Court order its response

---

[2] Plaintiffs have not shared the substance of the forthcoming amendment, so the Campaign cannot consent or object to it at this time.

deadline be tolled pending the Court's ruling on Plaintiffs' forthcoming motion to amend the Amended Complaint.

5. The Campaign respectfully requests that the Court decide this motion on an expedited basis and in advance of the September 13, 2024, deadline.

## CONCLUION

For the foregoing reasons, the Campaign requests that the Court decide this motion on an expedited basis and order that its deadline for answering or otherwise responding to Plaintiffs' Amended Complaint be either (i) extended by 28 days or (ii) tolled pending the Court's ruling on Plaintiff's forthcoming motion to amend the Amended Complaint.

Date: September 9, 2024.                                   Respectfully submitted,

/s/   William Bradley Carver, Sr.
William Bradley Carver, Sr.
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
Phone: (404) 954 6967
Bcarver@hallboothsmith.com

Baxter D. Drennon
GA Bar No. 241446
HALL BOOTH SMITH, P.C.
200 River Market Ave., Suite 500
Little Rock, AR 72201
(501) 214-3499
bdrennon@hallboothsmith.com

DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL CORPORATION
Ronald D. Coleman
50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com


DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL CORPORATION
Jacob W. Roth
1601 Forum Place
Suite 403 West Palm Beach,
Florida 33401
415-682-6827
jroth@dhillonlaw.com

*Counsel for Defendant Donald J. Trump for President 2024, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1(C).

/s/    William Bradley Carver, Sr.
William Bradley Carver, Sr.

*Counsel for Defendant Donald J. Trump for President 2024, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 9, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

/s/   William Bradley Carver, Sr.
William Bradley Carver, Sr.

*Counsel for Defendant Donald J. Trump for President 2024, Inc.*