OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 23 2024

KEVIN P. WEIMER, Clerk
By: Contray Holland, Deputy Clerk


TWT

CLEARED DATE
SEP 23 2024
U.S. Marshals Service
Atlanta, GA 30303



Case: 1:24-cv-03639-TWT

Jacob W. Roth
21237 Hazelwood Lane
Boca Raton, FL 33401

Electronic Filing is mandatory for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at www.PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, )<br>           Plaintiff )<br>v. )<br>DONALD JOHN TRUMP, )<br>           Defendant ) | 1:24-CV-03639-TWT |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1(B) for admission *pro hac vice* have been satisfied, **the applications of Anna Raimer, Ronald Coleman, Jacob Roth, Louis Perry, and H. Jonathan Redway,** to appear *pro hac vice* in the United States District Court for the Northern District of Georgia in the subject case is **GRANTED**.

This  4th  day of  September , 20 24 .

*[signature]*
UNITED STATES DISTRICT JUDGE

# Orders on Motions
1:24-cv-03639-TWT Isaac Hayes Enterprises, LLC et al v. Trump et al

4months,SUBMDJ

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 9/4/2024 at 2:31 PM EDT and filed on 9/4/2024
**Case Name:** Isaac Hayes Enterprises, LLC et al v. Trump et al
**Case Number:** 1:24-cv-03639-TWT
**Filer:**
**Document Number:** 53

**Docket Text:**
**ORDER granting Applications for Admission Pro Hac Vice for [19] Anna Ramier; [41] H. Jonathan Redway; [34] Louis Thomas Perry; [24] Ronald Coleman; [25] Jacob William Roth Signed by Judge Thomas W. Thrash, Jr. on 09/04/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(bmr)**

**1:24-cv-03639-TWT Notice has been electronically mailed to:**

Alex G. Pisciarino    alex.pisciarino@nelsonmullins.com, carrie.brown@nelsonmullins.com

Brad Fallon    brad@fallonbusinesslaw.com, bfallon@ichterdavis.com, cfrancisco@ichterdavis.com

Brian C. Lea    blea@jonesday.com

Gerald A. Griggs    GRIGGS32ASSIST@GMAIL.COM, gerald@geraldagriggs.com, griggsassistant@gmail.com

H. Jonathan Redway    jredway@dickinsonwright.com, kboie@dickinson-wright.com, malcantara@dickinson-wright.com, sbrogi@dickinson-wright.com

James Lorenzo Walker , Jr    jjwalker@walkerandassoc.com

John G. Froemming    jfroemming@jonesday.com

Ronald David Coleman    rcoleman@dhillonlaw.com, epotter@dhillonlaw.com, hkchoi@dhillonlaw.com, htoschi@dhillonlaw.com

William Bradley Carver    bcarver@hallboothsmith.com, cstone@hallboothsmith.com, milliebrown@hallboothsmith.com

William Durham Barwick    wbarwick@ichterdavis.com, cfrancisco@ichterdavis.com, jconnors@ichterdavis.com

**1:24-cv-03639-TWT Notice has been delivered by other means to:**

Anna Raimer
Jones Day - H.TX
717 Texas Avenue
Suite 3300
Houston, TX 77002

Jacob W. Roth
21237 Hazelwood Lane
Boca Raton, FL 33401

Louis T. Perry
Faegre Drinker Biddle & Reath
300 North Meridian Street
Indianapolis, IN 46204

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/4/2024] [FileNumber=14270159-0
] [0d6fb83420a34fc037ca7891dffd616c1f762a96be83cfbba351f75700633b3471e
bf9d75a571eca466a0be82452a9e7b6c7118380168eb69623550b69ce3bf9]]