## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ISAAC HAYES ENTERPRISES, LLC,
THE ESTATE OF ISAAC HAYES,

        Plaintiffs,

    v.

DONALD JOHN TRUMP individually,
DONALD J. TRUMP FOR PRESIDENT,
2024, INC., REPUBLICAN NATIONAL
COMMITTEE, TURNING POINT USA,
INC., NATIONAL RIFLE
ASSOCIATION OF AMERICA,
AMERICAN CONSERVATIVE UNION,
BTC, INC.,

        Defendants.

CASE NO: 1:24-cv-03639-TWT

Honorable Thomas W. Thrash, Jr.

### PLAINTIFFS' NOTICE OF DISMISSAL AS TO
### DEFENDANTS REPUBLICAN NATIONAL COMMITTEE, NATIONAL
### RIFLE ASSOCIATION OF AMERICA, AND AMERICAN CONSERVATIVE
### UNION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Isaac

Hayes Enterprises, LLC, and the Estate of Isaac Hayes, by and through their

undersigned counsel, hereby dismiss all claims against Defendants Republican

National Committee, National Rifle Association of America, and American

Conservative Union without prejudice.

The aforementioned Defendants are therefore dismissed from the above-captioned action, effective September 27, 2024.

Date: September 27, 2024

Respectfully submitted,

*/s/ James L. Walker Jr.*
James L. Walker Jr.
**J. Walker & Associates, LLC**
Georgia Bar No. 260643
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

Brittney R. Dobbins
468 North Camden Drive #159-C
Beverly Hills, CA 90210
Telephone: 310-285-1730
brittney@bdobbinsesq.com
*Pro Hac Vice Application
 Forthcoming
 *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1(C).

<u>/s/ *James L. Walker Jr.*</u>
James L. Walker Jr.
**J. Walker & Associates, LLC**
Georgia Bar No. 260643
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

Brittney R. Dobbins
468 North Camden Drive #159-C
Beverly Hills, CA 90210
Telephone: 310-285-1730
brittney@bdobbinsesq.com
*Pro Hac Vice <u>Application</u>
<u>Forthcoming</u>
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on September 27, 2024, I electronically filed a true and correct

copy of the foregoing with the Clerk of the Court via CM/ECF.

> */s/ James L, Walker Jr*
> James L. Walker Jr.
> **J. Walker & Associates, LLC**
> Georgia Bar No. 260643
> The Walker Building
> 3421 Main Street Suite A
> Atlanta, GA 30337
> Telephone: (770) 847-7363
> jjwalker@walkerandassoc.com
>
> Brittney R. Dobbins
> 468 North Camden Drive #159-C
> Beverly Hills, CA 90210
> Telephone: 310-285-1730
> brittney@bdobbinsesq.com
> *Pro Hac Vice Application
> Forthcoming
>
> *Attorneys for Plaintiffs*