# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, a Georgia Domestic Limited Liability Company, and THE ESTATE OF ISAAC HAYES<br><br>Plaintiffs,<br><br>v.<br><br>DONALD JOHN TRUMP, individually, DONALD J. TRUMP FOR PRESIDENT 2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT USA, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, AMERICAN CONSERVATIVE UNION, and BTC, INC.,<br><br>Defendants. | Case No. 1:24-cv-03639-TWT |

## DEFENDANT TURNING POINT USA, INC.'S EMERGENCY MOTION TO CLARIFY ORDER ON MOTION TO EXTEND (DKT. 57) AND TOLL DEADLINES

Defendant Turning Point USA, Inc. ("TPUSA") hereby moves that the Court toll TPUSA's pending deadline on Plaintiffs' motion to amend the Amended Complaint. In support of the Motion, TPUSA states as follows:

1. TPUSA filed a motion to extend time to respond to Plaintiffs' Amended Complaint. (Dkt. 56). Therein TPUSA asked that the TPUSA's "deadline for

answering or otherwise responding to Plaintiff's Amended Complaint be (i) extended by 28 days [through and including October 11, 2024] or (ii) in the alternative, be tolled pending the Court's ruling on Plaintiffs' forthcoming motion to amend the Amended Complaint." (Dkt. 56 at 3).

2. The Court granted TPUSA's motion but did not indicate which relief requested therein (28-day extension or tolling) was granted. (Dkt. 57).

3. Since that time, the Court has tolled the deadlines of Defendants Republican National Committee, (Dkt. 55); Donald J. Trump, Donald J. Trump for President, Inc, (Dkt. 59); National Rifle Association, Inc. (Dkt. 61); and BTC, Inc. (Dkt. 63).[1]

4. If the relief granted to TPUSA did not toll TPUSA's deadline pending Plaintiffs' motion to amend, and instead only extended TPUSA's time to respond to Plaintiff's Amended Complaint through and including October 11, 2024, TPUSA will be required to file an Answer to an Amended Complaint (Dkt. 6) that may be superseded and mooted by Plaintiffs' Proposed Second Amended Complaint, which does not name TPUSA as a defendant. (Ex. 1 to Dkt. 65).

5. Therefore, to promote judicial efficiency, eliminate the need for unnecessary pleadings, and synchronize response schedules among the remaining

---

[1] The Republican National Committee and National Rifle Association, Inc. have since been dismissed from this case. (Dkt. 66).

Defendants, TPUSA requests that the Court clarify the September 9, 2024 order granting TPUSA's September 9, 2024 motion (Dkt. 56), and order that TPUSA's deadline to answer or otherwise respond the Amended Complaint (Dkt. 6) is tolled pending the Court's ruling on Plaintiffs' motion to amend the Amended Complaint. (Dkt. 65).

6.  TPUSA also requests that the Court decide this Motion on an expedited basis, in advance of what may be an October 11, 2024 deadline for responding to the currently operative Amended Complaint. Unless and until this Court grants this Motion, TPUSA will be compelled to spend time and resources preparing a response to the complaint that the Plaintiffs intend to amend to remove TPUSA as a defendant. And, of course, when the October 11, 2024 deadline for responding to the Amended Complaint expires, this Motion will become moot.

7.  Prior to the filing of this Motion, TPUSA's counsel attempted to confer with Plaintiffs' counsel via email on October 9, 2024, but Plaintiffs' counsel failed to communicate either consent or opposition.

## Conclusion

For these reasons, TPUSA requests that the Court decide this Motion on an expedited basis and order that TPUSA's deadline for answering or otherwise responding to Plaintiffs' Amended Complaint is tolled pending the Court's ruling on Plaintiffs' motion to amend the Amended Complaint.

Respectfully submitted this 10th day of October, 2024,

>*/s/ Alex G. Pisciarino*
>ALEX G. PISCIARINO
>Georgia Bar No. 569773
>NELSON MULLINS RILEY & SCARBOROUGH LLP
>201 17th Street NW, Suite 1700
>Atlanta, GA 30363
>Telephone: (404) 322-6000
>Facsimile: (404) 322-6050
>Email: alex.pisciarino@nelsonmullins.com
>
>LOUIS T. PERRY (admitted *pro hac vice*)
>FAEGRE DRINKER BIDDLE & REATH LLP
>300 N. Meridian Street, Suite 2500
>Indianapolis, Indiana 46204
>Telephone: (317) 237-0300
>Facsimile: (317) 237-1000
>Email: louis.perry@faegredrinker.com
>
>*Counsel for Defendant Turning Point USA, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1(C).

>*/s/ Alex G. Pisciarino*
>Alex. G. Pisciarino
>
>*Counsel for Defendant Turning Point USA, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on October 10, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

>*/s/ Alex G. Pisciarino*
>Alex. G. Pisciarino
>
>*Counsel for Defendant Turning Point USA, Inc.*