# EXHIBIT B

```
Type of Work:       Music

Registration Number / Date:
                    RE0000734375 / 1996-01-11
                    Renewal registration for: EP0000246262 / 1968-03-29

Title:              Hold on (I'm comin')

Notes:              Words & music.

Copyright Claimant:
                    Isaac Hayes & David Porter (A)

Copyright Note:     C.O. correspondence.

Names:              Hayes, Isaac
                    Porter, David

================================================================================
```