IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **THE ESTATE OF ISSAC HAYES**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD JOHN TRUMP, individually, DONALD J. TRUMP FOR PRESIDENT 2024, INC., TURNING POINT ACTION, INC., erroneously sued as TURNING POINT USA, INC., and BTC, INC.,**<br><br>Defendants. | Civil Action No. 1:24-cv-03639 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedures 41(a)(1)(a)(ii), Defendant Turning Point USA, Inc. ("TPUSA") and Plaintiffs Isaac Hayes Enterprises, LLC's and the Estate of Isaac Hayes ("Plaintiffs") hereby file this stipulation of dismissal.

**Background**

Plaintiffs initiated this action on August 16, 2024 by filing a Complaint with the Court naming, among other Defendants, TPUSA. (Dkt. 1.) On September 27, 2024, Plaintiffs filed a Motion for Leave to File Second Amended Complaint and Memorandum of Law in Support. (Dkt. 65.) In support of the motion, Plaintiffs claimed that the proposed amended complaint "maintains substantially the same

counts and allegations, but accounts for significant factual and procedural developments that have occurred since the original complaint and the first amended complaint were filed." (*Id*. at 2.)  Although Plaintiffs' motion did not mention the error with respect to naming TPUSA as a party, the Second Amended Complaint re-captioned the lawsuit to identify "Turning Point Action, Inc.[1], erroneously sued as Turning Point USA, Inc." and updated the allegations to allege wrongdoing on the part of Turning Point Action, Inc.  (Dkt. 65-1 at 1-2, ¶¶ 25, 43-48.) The Second Amended Complaint does not mention TPUSA, save for the caption, and does not allege any wrongdoing by TPUSA.  *See generally* Dkt. 65-1.)  The Court granted Plaintiffs' motion to amend on December 11, 2024 (Dkt. 69), and the Second Amended Complaint was filed that same day, (Dkt. 70.)

## **Stipulation**

To the extent TPUSA remains a named defendant in the case, TPUSA and Plaintiffs hereby stipulate that this action be dismissed with prejudice as all claims and causes of action against TPUSA, with each party to bear its own attorneys' fees and costs.

For the avoidance of doubt, this stipulation of dismissal in no way operates as

---

[1] Counsel for Turning Point Action, Inc. offered to execute a Waiver of Service of Summons, and counsel for Plaintiffs accepted.  The Waiver was filed on December 17, 2024, and Turning Point Action, Inc.'s responsive pleading is due February 14, 2025.

a stipulation of dismissal with respect to Turning Point Action, Inc.

Respectfully submitted this 26th day of December, 2024.

| /s/ Brittney R. Dobbins | /s/ Louis T. Perry |
|---|---|
| James Lorenzo Walker , Jr. | LOUIS T. PERRY (admitted *pro hac vice*) |
| J. Walker & Associates, LLC | FAEGRE DRINKER BIDDLE & REATH LLP |
| The Walker Building | 300 N. Meridian Street, Suite 2500 |
| 3421 Main Street | Indianapolis, Indiana 46204 |
| Atlanta, GA 30337 | Telephone: (317) 237-0300 |
| Telephone: (770) 847-7363 | Facsimile: (317) 237-1000 |
| Email: jjwalker@walkerandassoc.com | Email: louis.perry@faegredrinker.com |
| | |
| Brittney Renee-Moss Dobbins (admitted *pro hac vice*) | ALEX G. PISCIARINO |
| BRITTNEY R. DOBBINS ATTORNEY AT LAW | Georgia Bar No. 569773 |
| 468 North Camden Drive #159-C | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| Beverly Hills, CA 90210 | 201 17th Street NW, Suite 1700 |
| Telephone:  (310) 285-1730 | Atlanta, GA 30363 |
| | Telephone: (404) 322-6000 |
| Gerald A. Griggs | Facsimile: (404) 322-6050 |
| Gerald A. Griggs, LLC | Email: alex.pisciarino@nelsonmullins.com |
| 1550 Scott Blvd | |
| Decatur, GA 30030 | |
| Telephone: (404) 633-6590 | |
| Fax: (404) 633-6591 | *Counsel for Defendant Turning Point USA, Inc.* |
| Email: griggs32assist@gmail.com | |

*Counsel for Plaintiffs Isaac Hayes Enterprises, LLC's and the Estate of Isaac Hayes*

-3-

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated:   December 26, 2024            FAEGRE DRINKER BIDDLE &
                                      REATH LLP


                                      */s/ Louis T. Perry*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF, which shall cause service on all counsel of record.

Dated:   December 26, 2024            FAEGRE DRINKER BIDDLE &
                                      REATH LLP


                                      */s/ Louis T. Perry*