IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD JOHN TRUMP, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-03639-TWT |

**AMENDED JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS DONALD J. TRUMP AND DONALD J. TRUMP FOR PRESIDENT 2024, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs Isaac Hayes Enterprises, LLC and the Estate of Isaac Hayes filed this lawsuit against Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc. (the "Campaign"), and others, on August 16, 2024. (Doc. 1). On August 21, Plaintiffs filed their First Amended Complaint. (Doc. 6). On December 11, 2024, Plaintiffs filed their Second Amended Complaint. (Doc. 70). The deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is January 1, 2025. In light of the intervening end-of-year holidays, the parties conferred and agreed to extend the deadline for Defendants Donald J. Trump and the Campaign to respond to the Second Amended Complaint to January 8, 2025. Accordingly, the parties hereby stipulate and request an extension of time for Defendants Donald

J. Trump and the Campaign to answer or otherwise respond to the Second Amended Complaint for up to and including January 8, 2025.

Date: December 27, 2024                                  Respectfully submitted,

/s/ *Jacob William Roth*
Jacob William Roth
Admitted Pro Hac Vice
DHILLON LAW GROUP
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
561-227-4959
jroth@dhillonlaw.com

Ronald Coleman
Admitted Pro Hac Vice
DHILLON LAW GROUP
50 Park Place, Suite 1104
Newark, NJ 07102
973-298-1723
 rcolemand@dhillonlaw.com

*Counsel for Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14-point font, as approved by Local Rule 5.1(C).

/s/ *Jacob William Roth*
Jacob William Roth

*Counsel for Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

I certify that on December 27, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

                                              /s/ *Jacob William Roth*
                                              Jacob William Roth

                                              *Counsel for Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc.*