IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ISSAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **ISSAC HAYES, III**, as representative of **THE ESTATE OF ISSAC HAYES**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD J. TRUMP,** individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC., TURNING POINT ACTION, INC.,** and **BTC, INC.,**<br><br>**Defendants.** | Civil Action No. 24-CV-03639-TWT |

## ANSWER

Defendant BTC, Inc. ("BTC") states as follows for its Answer to Plaintiff's Second Amended Complaint ("Complaint"):

## NATURE OF THE ACTION

BTC admits that Plaintiffs have filed a cause of action alleging violations of the Copyright Act, Section 43(a) of the Lanham Act, Georgia State common

law right of publicity. BTC denies the remaining factual allegations directed at it within the Nature of the Action section of Plaintiffs' Complaint.

## INTRODUCTION AND SUMMARY OF RIGHTS

1. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 1 of the Complaint. Therefore, these allegations are denied.

2. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 2 of the Complaint. Therefore, these allegations are denied.

3. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in the first sentence of Paragraph 3 of the Complaint. Therefore, these allegations are denied. The remaining allegations in Paragraph 3 purport to characterize the contents of certain documents. BTC admits that the documents speak for themselves and deny any allegations in Paragraph 3 inconsistent with the terms of such documents.

4. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 4 of the Complaint. Therefore, these allegations are denied.

5. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 5 of the Complaint. Therefore, these allegations are denied.

6. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 6 of the Complaint. Therefore, these allegations are denied.

7. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 7 of the Complaint. Therefore, these allegations are denied.

## SUMMARY OF DEFENDANTS' UNLAWFUL ACTS

8. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 8 of the Complaint. Therefore, these allegations are denied.

9. To the extent that the allegations in Paragraph 9 of the Complaint are directed at BTC, they are denied.

10. To the extent that the allegations in Paragraph 9 of the Complaint are directed at BTC, they are denied.

11. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 11 of the Complaint. Therefore, these allegations are denied.

12. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 12 of the Complaint. Therefore, these allegations are denied.

13. To the extent that the allegations in Paragraph 13 of the Complaint are directed at BTC, they are denied.

14. To the extent that the allegations in Paragraph 14 of the Complaint are directed at BTC, they are denied.

15. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 15 of the Complaint. Therefore, these allegations are denied.

16. To the extent that the allegations in Paragraph 16 of the Complaint are directed at BTC, they are denied.

17. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 17 of the Complaint. Therefore, these allegations are denied.

18. To the extent that the allegations in Paragraph 18 of the Complaint are directed at BTC, they are denied.

19. To the extent that the allegations in Paragraph 19 of the Complaint are directed at BTC, they are denied.

20. Denied.

## PARTIES

21. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 21 of the Complaint. Therefore, these allegations are denied.

22. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 22 of the Complaint. Therefore, these allegations are denied.

23. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 23 of the Complaint. Therefore, these allegations are denied.

24. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 24 of the Complaint. Therefore, these allegations are denied.

25. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 25 of the Complaint. Therefore, these allegations are denied.

26. Admitted.

27. Denied.

## **JURISDICTION AND VENUE**

28. BTC admits that this Court has subject matter jurisdiction over this matter.

29. Admitted.

30. Admitted.

31. Denied.

32. Denied.

33. Denied.

## FACTUAL BACKGROUND

### *The Diminished Value of Hayes' Name and Copyright*

34. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 34 of the Complaint. Therefore, these allegations are denied.

35. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 35 of the Complaint. Therefore, these allegations are denied.

36. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 36 of the Complaint. Therefore, these allegations are denied.

37. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 37 of the Complaint. Therefore, these allegations are denied.

38. Denied.

### *Trump's unlawful use of the Work*

39. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 39 of the Complaint. Therefore, these allegations are denied.

40. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 40 of the Complaint. Therefore, these allegations are denied.

41. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 41 of the Complaint. Therefore, these allegations are denied.

42. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 42 of the Complaint. Therefore, these allegations are denied.

### *Defendant Turning Point's Infringement*

43. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 43 of the Complaint. Therefore, these allegations are denied.

44. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 44 of the Complaint. Therefore, these allegations are denied.

45. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 45 of the Complaint. Therefore, these allegations are denied.

46. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 46 of the Complaint. Therefore, these allegations are denied.

47. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 47 of the Complaint. Therefore, these allegations are denied.

48. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 48 of the Complaint. Therefore, these allegations are denied.

### *Defendant BTC's Infringement*

49. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 49 of the Complaint. Therefore, these allegations are denied.

### *Trump and his Campaign Attempt to Obtain a Retroactive License*

50. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 50 of the Complaint. Therefore, these allegations are denied.

51. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 51 of the Complaint. Therefore, these allegations are denied.

## COUNT 1

## DIRECT COPYRIGHT INFRINGEMENT OF THE COMPOSITION

(Against All Defendants)

52. Paragraph 52 contains no factual allegations and therefore requires no response from BTC.

53. The allegations in Paragraph 53 state a legal conclusion for which no response is required. To the extent it is determined that a response is required, BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 23 of the Complaint. Therefore, these allegations are denied.

54. BTC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 54 of the Complaint. Therefore, these allegations are denied.

55. The allegations in Paragraph 55 of the Complaint are denied as they pertain to BTC.

56. The allegations in Paragraph 56 of the Complaint are denied as they pertain to BTC.

57. The allegations in Paragraph 57 of the Complaint are denied as they pertain to BTC.

58. Denied.

59. Denied.

## COUNT 2

## CONTRIBUTORY AND/OR VICARIOUS COPYRIGHT INFRINGEMENT OF THE COMPOSITION

(Against All Defendants)

60. Paragraph 60 contains no factual allegations and therefore requires no response from BTC.

61. The allegations in Paragraph 61 of the Complaint are denied as they pertain to BTC.

62. The allegations in Paragraph 62 of the Complaint are denied as they pertain to BTC.

63. Denied.

64. Denied.

## COUNT 3

## ACCOUNTING

(Against All Defendants)

65. Paragraph 65 contains no factual allegations and therefore requires no response from BTC.

66. Denied.

## COUNT 4

## FALSE ENDORSEMENT, FALSE ADVERTISING, AND CONTRIBUTORY FALSE ADVERTISING

(Against All Defendants)

67. Paragraph 67 contains no factual allegations and therefore requires no response from BTC.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

## COUNT 5

## STATE RIGHT OF PUBLICITY

(Against All Defendants)

72. Paragraph 72 contains no factual allegations and therefore requires no response from BTC.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

## TRIAL BY JURY

77. Paragraph 77 contains no factual allegations and therefore requires no response from BTC.

78. Paragraph 78 contains no factual allegations and therefore requires no response from BTC.

## PRAYER FOR RELIEF

In responding to Plaintiffs' prayer for relief, BTC denies that Plaintiffs are entitled to the relief requested in the Complaint from BTC.

## FIRST AFFIRMATIVE DEFENSE

BTC denies each and every allegation contained in Plaintiffs' Complaint which it has not specifically admitted herein.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs are barred, in whole or in part, from recovering from BTC on any of their claims because there is no causal relationship between any injury alleged to have been suffered and any act of BTC.

## THIRD AFFIRMATIVE DEFENSE

If Plaintiffs suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence and/or intentional misconduct of others, including but not limited to the other named Defendants in this action, and not by BTC.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged damages are speculative and not capable of being determined with reasonable certainty.

## FIFTH AFFIRMATIVE DEFENSE

The Complaint fails to establish the essential element that BTC acted willfully in committing any alleged infringement and thus Plaintiffs are, therefore, not entitled to punitive or statutory damages as a matter of law.

**WHEREFORE**, having fully answered, Defendant BTC, Inc. respectfully demand that judgment be entered against Plaintiffs as follows:

1. Dismissing the Complaint and denying all relief sought by Plaintiffs in the Complaint

2. Awarding BTC its costs expended in this action; and

3. Awarding BTC any and all other relief to which it may appear to be entitled.

4. BTC reserves the right to assert any other additional affirmative defenses and claims of avoidance as may be appropriate based upon facts and issues disclosed during the course of additional investigation and discovery.

*/s/ Daniel A. Murray*
Daniel A. Murray
Georgia Bar No. 443852
FROST BROWN TODD LLP
2101 Cedar Springs Rd., Suite 900
Dallas, Texas 75201
(214) 580-5853 (Direct)
(214) 545-3473 (Fax)

*Attorney for Defendant BTC*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using 13-point Century Schoolbook font.

*/s/ Daniel A. Murray*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF, which shall cause service on all counsel of record.

*/s/ Daniel A. Murray*

0134810.0793895   4909-8308-6349v2