# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD JOHN TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-03639-TWT |

## DEFENDANTS DONALD JOHN TRUMP AND DONALD J. TRUMP FOR PRESIDENT 2024, INC. MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Defendants Donald John Trump and Donald J. Trump for President 2024, Inc. move to dismiss Plaintiffs' Second Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Defendants rely on their Brief in Support, which is filed with this motion.

| | |
|---|---|
| Date: January 8, 2025 | Respectfully submitted, |
| | |
| Ronald D. Coleman | /s/ William Bradley Carver, Sr. |
| Dhillon Law Group, Inc. | |
| *Admitted Pro Hac Vice* | William Bradley Carver, Sr. |
| Dhillon Law Group, Inc. | Georgia Bar No. 115529 |
| 50 Park Place | HALL BOOTH SMITH, P.C. |
| Suite 1105 | 191 Peachtree Street NE |
| Newark, NJ 07102 | Suite 2900 |
| 973-298-1723 | Atlanta, GA 30303 |
| rcoleman@dhillonlaw.com | (404) 954-5000 |
| | BCarver@hallboothsmith.com |
| Jacob W. Roth | |
| Dhillon Law Group, Inc. | Baxter D. Drennon |
| *Admitted Pro Hac Vice* | GA Bar No. 241446 |
| 1601 Forum Place | HALL BOOTH SMITH, P.C. 200 |
| Suite 403 West Palm Beach, | River Market Ave., Suite 500 Little |
| Florida 33401 | Rock, AR 72201 (501) 214-3499 |
| 415-682-6827 | bdrennon@hallboothsmith.com |
| jroth@dhillonlaw.com | |

*Counsel for Defendants*
*Donald J. Trump and Donald J. Trump for President 2024, Inc.*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14-point font, as approved by Local Rule 5.1(C).

Submitted this 8th day of January, 2025

/s/William Bradley Carver, Sr.
William Bradley Carver, Sr.
GA Bar No. 115529
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
404-954-6967
bcarver@hallboothsmith.com

*Counsel for Defendants Donald John Trump and Donald J. Trump for President 2024, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 8, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

        Submitted this <u>8th</u> day of <u>January</u>, 2025

        <u>/s/William Bradley Carver, Sr.</u>
        William Bradley Carver, Sr.
        GA Bar No. 115529
        HALL BOOTH SMITH, P.C.
        191 Peachtree Street NE
        Suite 2900
        Atlanta, Georgia 30303
        404-954-6967
        bcarver@hallboothsmith.com

        *Counsel for Defendants Donald John Trump and Donald J. Trump for President 2024, Inc.*