# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, et al.<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD JOHN TRUMP, et al.<br><br>   Defendants. | CASE NO. 1:24-CV-03639-TWT<br><br>Honorable Thomas W. Thrash, Jr. |

## NOTICE OF WITHDRAWAL AS COUNSEL

In accordance with Local Rule 83.1(E)(4), Brian C. Lea of the law firm Jones Day, hereby submits his Notice of Withdrawal as Counsel for Defendant Republican National Committee ("RNC") in this matter. Further, the RNC hereby gives notice that the following attorney will serve as its lead counsel in this action upon the withdrawal of Mr. Lea:

   John Heron IV
   GA Bar No. 193170
   JONES DAY
   1221 Peachtree Street, N.E., Suite 400
   Atlanta, GA 30361
   Phone: (404) 581-8930
   Fax: (404) 581-8330
   E-mail: jheron@jonesday.com

In support of this Notice of Withdrawal of Counsel, the undersigned states as follows:

1. The withdrawal of Mr. Lea is not prejudicial to any of the parties.

2. Plaintiffs voluntarily dismissed all claims against the RNC, with the result that the RNC has been dismissed from the lawsuit. Doc. 66; *see also* Clerk's Entry of Dismissal (Sept. 30, 2024).

3. Nevertheless, in an abundance of caution, Mr. Lea files this Notice of Withdrawal as Counsel and notes that, if necessary, the RNC will continue to be represented by John Heron IV and Anna E. Raimer of the law firm Jones Day.

4. Accordingly, Mr. Lea respectfully requests that the Court terminate him as counsel of record for the RNC in this action.

Dated:   January 21, 2025                Respectfully submitted,

*/s/ Brian C. Lea*
BRIAN C. LEA
Georgia Bar No. 213529
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8528
Facsimile: (404) 581-8330
E-mail: blea@jonesday.com

JOHN HERON IV
(GA Bar No. 193170)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Phone: (404) 581-8930
Fax: (404) 581-8330
E-mail: jheron@jonesday.com

ANNA E. RAIMER (*pro hac vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600
E-mail: aeraimer@jonesday.com

*Counsel for Defendant Republican National Committee*

-4-

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Times New Roman 14-point font, as approved by Local Rule 5.1(C).

*/s/ Brian C. Lea*
BRIAN C. LEA

*An Attorney for Defendant*
*Republican National Committee*

-5-

## CERTIFICATE OF SERVICE

I certify that on January 21, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via CM/ECF.

*/s/ Brian C. Lea*
BRIAN C. LEA

*An Attorney for Defendant
Republican National Committee*
