IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **ISAAC HAYES, III**, as representative of the **ESTATE OF ISAAC L. HAYES, JR.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD JOHN TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC., TURNING POINT ACTION, INC.,** erroneously sued as TURNING POINT USA, INC., and **BTC, INC.,**<br><br>**Defendants.** | CASE NO: 1:24-cv-03639-TWT |

# PLAINTIFFS' MOTION FOR JUDICIAL NOTICE OF FACTS RELEVANT TO THE DISPOSITION OF DEFENDANTS DONALD JOHN TRUMP & DONALD J. TRUMP FOR PRESIDENT 2024, INC.'S PENDING MOTION TO DISMISS

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Plaintiffs Isaac Hayes Enterprises, LLC, and the Estate of Isaac L. Hayes, Jr., by and through their representative, Isaac Hayes, III (collectively, "Plaintiffs") respectfully request that prior to ruling on the pending Motion to Dismiss filed by defendants Donald John Trump, and Donald J. Trump for President 2024, Inc. ("Defendants"), the Court take

judicial notice of certain copyright records compiled by the United States Copyright Office on its online record collection database, WebVoyage; as well as, various historic and public news articles and broadcasts related to Isaac Hayes, Jr.'s professional identity and his musical works.

## ARGUMENT

**A. Legal Authority**

Federal Rule of Evidence 201 requires courts to grant requests for judicial notice of relevant adjudicative facts that are "not subject to reasonable dispute because [they] can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also* Fed. R. Evid. 401 (setting forth the test for relevance). Plaintiffs move for judicial notice on two categories of relevant adjudicative facts: copyright records compiled and cataloged by the United States Copyright Office, and (2) various contextual, historical, and public news articles and broadcasts.

**1)    United States Copyright Office records may be judicially noticed.**

The Court may take judicial notice of matters of public record. (*Universal Express, Inc. v. U.S. Sec. & Exch. Comm'n*, 177 Fed. Appx. 52, 53 (11th Cir. 2006) ("Public records are among the permissible facts that a district court may consider."). The United States Copyright Office provides publicly available information regarding copyrighted material. (*See* United States Copyright Office, WebVoyage, https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First (last visited February 3, 2025).) As such, the Court may take judicial notice that, according to these public records:

a) The composition in and to the work entitled "Hold On, I'm Coming," was registered with the United States Copyright Office on March 14, 1966. (Id. (follow link then "Basic Search," search by title for "Hold On I'm Coming," then look for the year 1966; or by searching registration number [EU0000928718]).)

b) The composition in and to the work entitled "Hold On, I'm Coming," was renewed with the United States Copyright Office on January 3, 1994. (Id.)

c) The termination of the interests of various grantees in and to the composition underlying the work entitled "Hold On, I'm Coming," was recorded with the United States Copyright Office on February 7, 2017. (Id. (follow link, then "Other Search Options" for "Termination" AND "Hold On I'm Coming," then go to the termination effective March 14, 2022, full document can be viewed by clicking the link under "Full Title"; or by document number [V9930 D260 P1-8] 60 minutes of your love & 150 other titles).)

d) The termination of the interests of various grantees in and to the composition underlying the work entitled "Hold On, I'm Coming," was effective March 14, 2022. (Id.)

e) The termination of the interests of various grantees in and to the composition underlying the work entitled "Hold On, I'm Coming," ended the interests of Irving Music, Inc., Almo Music Corporation, Walden Music, Inc., Pronto Music, Cotillion Music, Inc., Al Jackson

   Jr. Music, Millbridge Music, Inc., Embassy Music Corporation, Monk Family Music, St. Swithin S Songs, Redwal Music Co., Inc., & Screen Gems - EMI Music, Inc. (Id.)

 f) The terminating parties of the interests of various grantees in and to the composition underlying the work entitled "Hold On, I'm Coming," were Naa Adjowa Hayes, Widow of Isaac Hayes Jr., and Hayes Jr.'s son, Isaac Hayes, III. (Id.)

 g) The termination notice, terminating the interests of various grantees in and to the composition underlying the work entitled "Hold On, I'm Coming," was sent on October 16, 2014. (Id.)

Indeed, the 11th circuit and the Northern District have taken judicial notice of similar facts in similar cases. (*See*, *e.g.*, *Se. Clinical Nutrition Ctrs., Inc. v. Mayo Found. for Med. Educ. & Research*, 135 F. Supp. 3d 1267, 1271 (N.D. Ga. 2013)(the Court taking judicial notice of public records compiled by the United States Copyright Office within its WebVoyage catalog); *see also Anderson v. Opus, Inc.*, 139 F. Supp. 3d 1161 (S.D. Fla. 2015) (the court took judicial notice of the fact that certain works were registered with the U.S. Copyright Office, relying on the authoritative and publicly accessible nature of the Copyright Office's online records); *Adams v. Monroe County*, 822 F. App'x 966, 968 (11th Cir. 2020) (taking judicial notice of U.S. Copyright Office registration records as part of a copyright dispute); and *Jewelers Vigilance Committee, Inc. v. U.S. Trade Representative*, 133 F.3d 1210 (11th Cir. 1998) (although not directly involving the Copyright Office, reinforced

the principle that courts may take judicial notice of official records from government agencies, including databases like the Copyright Office's Online Record Collection).

**2)   Newspaper articles and broadcasts may be judicially noticed.** The court may rely on public news for purposes of context and to determine what was within the public realm at a particular time. (*Se. Clinical Nutrition Ctrs., Inc. v. Mayo Found. for Med. Educ. & Research*, 135 F. Supp. 3d 1267, 1271 (N.D. Ga. 2013) (the Court taking judicial notice of newspaper articles to establish facts such as the date a work was published and its commercial availability); *see also*, *e.g.*, *see also Green v. Bank of Am. Corp.*, No. 1:12-CV-04177-AT-AJB, 2013 U.S. Dist. LEXIS 196950, at *9 (N.D. Ga. Aug. 6, 2013) (citing *Alliance Premier Growth Fund v. Alliance Capital Mgmt.*, 435 F.3d 396, 401 n.15 (3d Cir. 2006) ("publications 'serve only to indicate what was in the public realm at the time, not whether the contents of those articles were in fact true'"). As such the Court may take judicial notice that, based on the public news referenced below, that:

- a) As of at least 1994, it was within the public realm that Isaac Hayes, Jr. wrote the work entitled "Hold On, I'm Coming."
    - (*See* at https://youtu.be/d9PRXTy0sbQ?feature=shared (last visited February 3, 2025.)
- b) The work entitled "Hold On, I'm Comin" was performed live at Isaac Hayes, Jr.'s induction into the Rock & Roll Hall of Fame in 2002, as a closing tribute to celebrate his work.
    - (*See* the referenced performance at https://youtu.be/v8AAnP2LR5s (last accessed on February 3, 2025).)

c) When the Second Amended Complaint was filed on, December 11, 2024, it was in the public realm that Donald J. Trump financially benefited from his Presidential Campaign.

- (*See* https://www.forbes.com/sites/tylerroush/2024/11/06/donald-trumps-net-worth-adds-nearly-300-million-after-election-win-as-trump-media-shares-surge/ (discussing Trump's economic increase post campaign).)

**B.** These categories of information for which Plaintiffs seek judicial notice are unquestionably relevant to the litigation and the claims currently before the Court on a Motion to Dismiss. "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action." Fed. R. Evid. 401. In this case, the registration of the work with the U.S. Copyright Office and the identity of Hayes, Jr. as a famous songwriter, are threshold issues that impact the viability of this litigation.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their request for judicial notice.

This 3rd day of February, 2025

*/s/ Brittney Dobbins*
Brittney R. Dobbins
Georgia Bar No. 218051
**Brittney R. Dobbins Attorney at Law**
468 North Camden Drive #159-C
Beverly Hills, CA 90210
Telephone: (310) 285-1730
brittney@bdobbinsesq.com

                        */s/James L. Walker, Jr.*
                        James L. Walker Jr.
                        Georgia Bar No. 260643
                        **J. Walker & Associates, LLC**
                        The Walker Building
                        3421 Main Street Suite A
                        Atlanta, GA 30337
                        Telephone: (770) 847-7363
                        jjwalker@walkerandassoc.com

                        *Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 3rd day of February, 2025

                                             */s/ Brittney Dobbins*
                                             Brittney R. Dobbins
                                             Georgia Bar No. 218051
                                             **Brittney R. Dobbins Attorney at Law**
                                             468 North Camden Drive #159-C
                                             Beverly Hills, CA 90210
                                             Telephone: (310) 285-1730
                                             brittney@bdobbinsesq.com

                                             */s/James L. Walker, Jr.*
                                             James L. Walker Jr.
                                             Georgia Bar No. 260643
                                             **J. Walker & Associates, LLC**
                                             The Walker Building
                                             3421 Main Street Suite A
                                             Atlanta, GA 30337
                                             Telephone: (770) 847-7363
                                             jjwalker@walkerandassoc.com

                                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on the 3rd day of February, 2025, I filed the foregoing with the Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

*/s/ Brittney Dobbins*
Brittney R. Dobbins
Georgia Bar No. 218051
**Brittney R. Dobbins Attorney at Law**
468 North Camden Drive #159-C
Beverly Hills, CA 90210
Telephone: (310) 285-1730
brittney@bdobbinsesq.com

*/s/James L. Walker, Jr.*
James L. Walker Jr.
Georgia Bar No. 260643
**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

*Attorneys for Plaintiffs*