# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **ISAAC HAYES, III**, as representative of the **ESTATE OF ISAAC L. HAYES, JR.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD JOHN TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC.**, **TURNING POINT ACTION, INC.**, erroneously sued as TURNING POINT USA, INC., and **BTC, INC.**,<br><br>**Defendants.** | CASE NO: 1:24-cv-03639-TWT |

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

This matter comes before the Court on Plaintiffs' Motion for Rule 11 Sanctions Against Defendant Turning Point Action, Inc. The Court, having thoroughly considered Plaintiffs' motion, the applicable law, the relevant portions of the record, and with good cause shown, hereby GRANTS Plaintiffs' Motion for Sanctions and further **ORDERS** that:

1

[PROPOSED] ORDER ISO PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS AGAINST TURNING POINT ACTION, INC.

Defendant Turning Point Action, Inc., counsel of record Louis Perry, and Firm, shall pay Plaintiffs' attorneys' fees, pursuant to a petition for fees that Plaintiffs will file separately.

**IT IS SO ORDERED** by the Court this ___ day of _____, 2025.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE