# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-03639-TWT
### Isaac Hayes Enterprises, LLC et al v. Trump et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 04/02/2025.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M.<br>TIME COURT CONCLUDED: 10:50 A.M.<br>TIME IN COURT: 00:50<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Diane Peede<br>CSO/DUSM: 1 CSO<br>DEPUTY CLERK: Jordyn Holder |

**ATTORNEY(S) PRESENT:**  Ronald Coleman representing Donald J. Trump for President 2024, Inc.
Ronald Coleman representing Donald John Trump
Brittney Dobbins representing Isaac Hayes Enterprises, LLC Brittney Dobbins representing Isaac Hayes
Louis Perry representing Turning Point Action, Inc.
Alex Pisciarino representing Turning Point Action, Inc.
James Walker representing Isaac Hayes Enterprises, LLC
James Walker representing The Estate of Isaac Hayes
James Walker representing Isaac Hayes

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MOTIONS RULED ON:**
[80]Motion to Dismiss for Failure to State a Claim DENIED
[87]Motion for Judicial Notice GRANTED
[92]Motion to Dismiss for Failure to State a Claim DENIED

[99]   Motion for Judgment on the Pleadings DEFERRED
[100]   Motion to Dismiss DEFERRED
[113]Motion to Stay DENIED
[117]Motion for Sanctions DENIED
[127]Motion to Sever GRANTED
[127]Motion to Transfer Case GRANTED

**MINUTE TEXT:** The Court heard oral arguments on the various pending motions. For the reasons stated on the record, the Court: DENIED the [80] Motion to Dismiss for Failure to State a Claim; GRANTED the [87] Motion for Judicial Notice; DENIED the [92] Motion to Dismiss for Failure to State a Claim and the remainder of the motion was TAKEN UNDER ADVISEMENT; DENIED the [113] Motion to Stay Discovery; DENIED

the [117] Motion for Sanctions; GRANTED the [127] Motion to Sever BTC and Transfer to Middle District of Tennessee; and DEFERRED the rulings on the [99] Motion for Judgment on the Pleadings and [100] Motion to Dismiss to the Middle District of Tennessee. Written orders are forthcoming.

HEARING STATUS:   Hearing Concluded