# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ISSAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **ISSAC HAYES, III**, as representative of **THE ESTATE OF ISSAC HAYES**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD J. TRUMP,** individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC., TURNING POINT ACTION, INC.,** and **BTC, INC.,**<br><br>**Defendants.** | **Civil Action No. 24-CV-03639-TWT** |

### ORDER SEVERING PLAINTIFFS' CLAIMS AGAINST BTC, INC. AND TRANSFERRING THEM TO THE MIDDLE DISTRICT OF TENNESSEE

_____

After consideration of the Parties' stipulation, finding good cause shown, the Court hereby GRANTS the Parties' requests.

It is hereby **ORDERED** that all claims asserted by Plaintiffs against BTC in the Second Amended Complaint are hereby severed from this action and transferred to the Nashville Division of the Middle District of Tennessee.

It is further **ORDERED** that all pending motions filed by BTC are hereby withdrawn without prejudice for refiling in the transferee court.

It is further **ORDERED** that upon the filing of a Third Amended Complaint within the Middle District of Tennessee, against BTC as the sole party, the matter shall be stayed (either by the Court and or the Parties required action(s),) pursuant to the parties' agreement related thereto - pending the resolution of the instant action.

This Order does not and shall not waive any of the Parties' respective rights and or defenses.

**SO ORDERED**, this 2nd day of April, 2025.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE