# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC**, a Georgia Domestic Limited Liability Company, and **ISAAC HAYES, III**, as representative of the **THE ESTATE OF ISAAC HAYES, JR.**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD JOHN TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC.**, **TURNING POINT ACTION, INC.**, erroneously sued as TURNING POINT USA, INC., and **BTC, INC.**,<br><br>Defendants. | Case No. 1:24-cv-03639-TWT |

## MOTION FOR ATTORNEYS' FEES AND NONTAXABLE COSTS UNDER 17 U.S.C. § 505 AND 15 U.S.C. § 1117

Defendant Turning Point Action, Inc. ("TPA"), as the prevailing party in this litigation, respectfully requests that this Court award to TPA its fees and nontaxable costs incurred in defending the unreasonable and frivolous claim brought against it by Plaintiffs Isaac Hayes Enterprises ("Hayes Enterprises") and the Estate of Isaac Hayes, Jr. (the "Estate", and together with Hayes Enterprises, "Plaintiffs"). A supporting memorandum of law is being filed contemporaneously herewith.

1

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Louis T. Perry*

Louis T. Perry (admitted *pro hac vice*)
Louis.Perry@faegredrinker.com
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
(317) 237-0300
(317) 237-1000

NELSON MULLINS RILEY & SCARBOROUGH LLP


*/s/ Alex G. Pisciarino*
Alex G. Pisciarino
(Georgia Bar No. 569773)
alex.pisciarino@nelsonmullins.com
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-322-6000
404-322-6050

Attorneys for Defendant
Turning Point Action, Inc.

## **CERTIFICATION**

In accordance with LR 5.1C, ND GA, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Alex G. Pisciarino*
Alex G. Pisciarino
Georgia Bar No. 569773

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2025, I caused the foregoing to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of filing and a copy of same to counsel of record.

*/s/ Alex G. Pisciarino*
Alex G. Pisciarino
Georgia Bar No. 569773