# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC**, a Georgia Domestic Limited Liability Company, and **ISAAC HAYES, III**, as representative of the **THE ESTATE OF ISAAC HAYES, JR.**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD JOHN TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC.**, **TURNING POINT ACTION, INC.**, erroneously sued as TURNING POINT USA, INC.,<br><br>Defendants. | Case No. 1:24-cv-03639-TWT |

## RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION AND/OR RECONSIDERATION

Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc. (collectively, the "Trump Defendants," hereby respond to Plaintiffs' Motion for Clarification and/or Reconsideration (the "Motion") (DE 143).

Plaintiffs' motion is entirely improper and, indeed, is abusive, It is one thing to seek another bite at the apple—that is, to file yet another amended complaint— but to obtain it without asking under the rubric of "clarification and/or reconsideration" is an abuse of this Court's, and the parties', time and resources. Plaintiffs have met none of the requirements of Fed. R. Civ. P. 15(a)(2) and 16(b)

1

for seeking leave to amend—notably the pivotal requirement of Rule 7(b) mandating the attachment of the proposed amended complaint—and. above all, have failed to show good cause for the amendments they seek or to address the obvious prejudice to the Defendants.

As the court held in denying a similar end-run around the Rules in *Smith v. Fla. Agric. & Mech. Univ. Bd. of Trs.*, No. 6:24-CV-457-PGB-RMN, 2024 WL 3520826, at *2 (M.D. Fla. July 24, 2024), "At this stage, it should be abundantly clear to Plaintiff that asking for the Court's forgiveness rather than its permission rarely results in efficiency, and often results in just the opposite." Having had their three chances and having survived two cycles of motions to dismiss, an application to amend for purposes of locating and pleading matters that have been under Plaintiffs' control, and should have been at the forefront of their drafting in the first instance—not the fourth.

For these reasons, the Trump Defendants request that the Court deny the Motion.

Date: June 5, 2025                          Respectfully submitted,

Ronald D. Coleman                           */s/ William Bradley Carver, Sr.*
COLEMAN LAW FIRM, P.C.                       William Bradley Carver, Sr.
*Admitted Pro Hac Vice*                      Georgia Bar No. 115529
50 Park Place                               HALL BOOTH SMITH, P.C.
Suite 1105                                  191 Peachtree Street NE
Newark, NJ 07102                            Suite 2900
973-264-9611                                Atlanta, GA 30303

2

rcoleman@colemanlaw-pc.com

(404) 954-5000
BCarver@hallboothsmith.com

Baxter D. Drennon
GA Bar No. 241446
HALL BOOTH SMITH, P.C. 200
River Market Ave., Suite 500 Little
Rock, AR 72201 (501) 214-3499
bdrennon@hallboothsmith.com

*Counsel for Defendants Donald J. Trump
and Donald J. Trump for President 2024,
Inc.*

3

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using 14-point Times New Roman font.

Date: June 5, 2025

Respectfully submitted,

*/s/ William Bradley Carver, Sr.*
William Bradley Carver, Sr.
Georgia Bar No. 115529
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-5000
BCarver@hallboothsmith.com

*Counsel for Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF, which shall cause service on all counsel of record.

Date: June 5, 2025

Respectfully submitted,

*/s/ William Bradley Carver, Sr.*
William Bradley Carver, Sr.
Georgia Bar No. 115529
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-5000
BCarver@hallboothsmith.com

*Counsel for Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc.*