# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **ISAAC HAYES, III**, as representative of the **ESTATE OF ISAAC L. HAYES, JR.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD JOHN TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC.**, **TURNING POINT ACTION, INC.**, and **BTC, INC.**,<br><br>**Defendants.** | CASE NO: 1:24-cv-03639-TWT |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW James L. Walker, Jr., lead counsel of record for Plaintiffs Isaac Hayes Enterprises, LLC, and Isaac Hayes, III, as representative of the Estate of Isaac L. Hayes, Jr., and pursuant to the Court's procedures governing requests for leave of absence, respectfully requests that the Court approve a leave of absence from August 1, 2025, through August 29, 2025.

The undersigned requests this leave due to vacation and family obligations and respectfully asks that the Court refrain from calendaring any hearings, trials, or other proceedings in this matter during that time.

Pursuant to the local rules, this Motion is being filed in each case in which the undersigned is lead counsel. The undersigned acknowledges that this leave does not extend or modify any deadlines currently imposed by the Court.

This 18th day of July, 2025.

                                                   */s/James L. Walker, Jr.*
                                                   James L. Walker Jr.
                                                   Georgia Bar No. 260643
                                                   **J. Walker & Associates, LLC**
                                                   The Walker Building
                                                   3421 Main Street Suite A
                                                   Atlanta, GA 30337
                                                   Telephone: (770) 847-7363
                                                   jjwalker@walkerandassoc.com

                                                   *Attorney for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 18th day of July, 2025

*/s/James L. Walker, Jr.*
James L. Walker Jr.
Georgia Bar No. 260643
**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on the 18th day of July, 2025, I filed the foregoing with the Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

*/s/James L. Walker, Jr.*
James L. Walker Jr.
Georgia Bar No. 260643
**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

*Attorney for Plaintiffs*