# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **ISAAC HAYES, III**, as representative of the **ESTATE OF ISAAC L. HAYES, JR.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD JOHN TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC.**,<br><br>**Defendants.** | CASE NO: 1:24-cv-03639-TWT |

## ORDER GRANTING LEAVE OF ABSENCE

The Court has reviewed the Motion for Leave of Absence filed by James L. Walker, Jr., counsel for Plaintiffs Isaac Hayes Enterprises, LLC, and Isaac Hayes, III, as representative of the Estate of Isaac L. Hayes, Jr., requesting leave from December 19, 2025, through January 9, 2026.

For good cause shown, the Motion is hereby **GRANTED**. The Court will make reasonable efforts to avoid scheduling any in-court proceedings in this matter during the requested time period.

**SO ORDERED**, this  18th  day of  November , 2025.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE