# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
Case No. 1:24-cv-03639-TWT

ISAAC HAYES ENTERPRISES LLC, *et. al.*,

        Plaintiffs,

v.

DONALD JOHN TRUMP, *et. al.*,

        Defendants.

_____/

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE PENDING MEDIATION

The Parties jointly file their motion to extend the discovery deadline pending mediation and state as follows:

1. For the past month, the Parties have actively engaged in settlement discussions with the hopes of reaching a settlement that would eliminate the need for any further judicial labor in this matter.

2. In order to expedite the settlement process, the Parties have agreed to attend mediation and plan on mediating within the next three (3) months, depending on the availability of the parties preferred mediator.

3. The deadline for the Parties to complete discovery is currently February 12, 2025. In light of the upcoming mediation and potential settlement, the Parties have agreed to stay discovery pending mediation and

relatedly request that the Court extend the upcoming discovery deadline proportionately and/or by ninety (90) days to and including May 13, 2025. The extension will permit the Parties to concentrate on reaching a resolution without incurring additional attorney's fees at the same time.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request the Court grant this motion and extend the discovery deadline by ninety (90) days.

Respectfully submitted,

/s/ Zachary Stoner
Zachary Stoner, Esq.
Matthew Seth Sarelson, Esq.
Florida Bar No. 888281
Florida Bar No. 1032816
**DHILLON LAW GROUP, INC.**
Counsel for Defendants
Donald John Trump &
Donald J. Trump for President 2024, Inc.
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
305.773.1952
msarelson@dhillonlaw.com
zstoner@dhillonlaw.com
lalmira@dhillonlaw.com

William Carver Bradley, Sr.
Hall Booth Smith, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
404.954.6967
bcarver@hallboothsmith.com

2

Baxter D. Drennon
GA Bar No. 241446
Hall Booth Smith, P.C.
200 River Market Ave., Suite
500 Little Rock, AR 72201
501.214.3499
bdrennon@hallboothsmith.com

*Attorneys for Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc.*

*/s/Brittney Dobbins*
Brittney R. Dobbins
Georgia Bar No. 218051
**DOBBINS LAW**
3379 Peachtree Road NE, Suite 700
Atlanta, GA 30326
Telephone: (310) 285-1730
brittney@dobbinsesq.com

*/s/James L. Walker, Jr.*
James L. Walker Jr.
Georgia Bar No. 260643
**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this document has been prepared using Century Schoolbook 13-point font, as approved by Local Rule 5.1(C).

/s/ Zachary Stoner

Zachary Stoner