# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **ISAAC HAYES, III**, as representative of the **ESTATE OF ISAAC L. HAYES, JR.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD JOHN TRUMP**, individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC.**,<br><br>**Defendants.** | CASE NO: 1:24-cv-03639-TWT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), all Parties stipulate to the voluntary dismissal of this action with prejudice with all parties bearing their respective fees and costs.

/s/ Brittney R. Dobbins
Brittney R. Dobbins
Georgia Bar No. 218051
**DOBBINS LAW**
3379 Peachtree Road NE
Suite 700
Atlanta, GA 30326
Telephone: (310) 285-1730
brittney@bdobbinsesq.com

/s/James L. Walker, Jr.
James L. Walker, Jr.
Georgia Bar No. 260643

**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street, Suite A
Atlanta, GA 30337
(770) 847-7363
jjwalker@walkerandassoc.com

*Attorneys for Plaintiffs*

*/s/ Matthew Sarelson*
Matthew Seth Sarelson, Esq.
Zachary Stoner, Esq.
Florida Bar No. 1032816
Florida Bar No. 888281
**DHILLON LAW GROUP, INC.**
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
305.773.1952
msarelson@dhillonlaw.com
zstoner@dhillonlaw.com

William Carver Bradley, Sr.
Hall Booth Smith, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
404.954.6967
bcarver@hallboothsmith.com

Baxter D. Drennon
GA Bar No. 241446
Hall Booth Smith, P.C.
200 River Market Ave., Suite 500
Little Rock, AR 72201
501.214.3499
bdrennon@hallboothsmith.com

*Counsel for Defendants Donald J. Trump and Donald J. Trump for President 2024, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 20th day of February, 2026.

                    */s/ Brittney Dobbins*
                    Brittney R. Dobbins
                    Georgia Bar No. 218051
                    **DOBBINS LAW**
                    3379 Peachtree Road NE, Suite 700
                    Atlanta, GA 30326
                    Telephone: (310) 285-1730
                    brittney@bdobbinsesq.com

                    */s/James L. Walker, Jr.*
                    James L. Walker Jr.
                    Georgia Bar No. 260643
                    **J. Walker & Associates, LLC**
                    The Walker Building
                    3421 Main Street Suite A
                    Atlanta, GA 30337
                    Telephone: (770) 847-7363
                    jjwalker@walkerandassoc.com

                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on the 20th day of February, 2026, I filed the foregoing with the Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

*/s/ Brittney Dobbins*
Brittney R. Dobbins
Georgia Bar No. 218051
**DOBBINS LAW**
3379 Peachtree Road NE, Suite 700
Atlanta, GA 30326
Telephone: (310) 285-1730
brittney@bdobbinsesq.com

*/s/James L. Walker, Jr.*
James L. Walker Jr.
Georgia Bar No. 260643
**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

*Attorneys for Plaintiffs*