IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ISAAC HAYES ENTERPRISES, *et al.*,

    Plaintiffs,

       v.

DONALD JOHN TRUMP, *et al.*,

    Defendants.

CIVIL ACTION FILE
NO. 1:24-CV-3639-TWT

## ORDER

This action is before the Court on the Plaintiff's stipulation of dismissal [Doc. 191] under Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation fails to comply with either subsection (a)(1)(A)(i) or (ii) because an answer has been filed and it is not signed by all parties who have appeared. The Court thus construes the Plaintiff's stipulation as a motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2), which is GRANTED with prejudice. The Clerk is directed to close the case.

SO ORDERED, this   4th   day of March, 2026.

THOMAS W. THRASH, JR.
United States District Judge